RONNIE R. GOVEA
C.S.P. - LAC B-2 #105
P.O. BOX 8457
LANCASTER, CA. 93539
   (IN PRO-PER)

CLERK, U.S. DISTRICT COURT
6/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Received ___6/17/20___
              (Date)
Scanned at LAC and E-mailed
on ___6/18/20___ by ___M___
   (Date)            (Initials)
Number of pages scanned:
   ___72___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RONNIE R. GOVEA
         PLAINTIFF,

V.

BEN LEE,

ANA MONTERROSA,
C. BINGHAM,
R. JACKSON,
S. GATES,
     DEFENDANTS,

CIVIL CASE No.
  2:20-cv-05443-DMG(KS)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT 42. U.S.C. 1983

"JURY TRIAL DEMANDED"

## A. JURISDICTION

JURISDICTION IS INVOKED PURSUANT TO 28 U.S.C. § 1343(a)(3) AND
TITLE 42, U.S.C. § 1983
THE COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S
STATE LAW TORT CLAIMS UNDER 28 U.S.C. § 1367

1.

## B. PARTIES

1. <u>PLAINTIFF</u>: THIS COMPLAINT ALLEGES THAT THE CIVIL RIGHTS OF PLAINTIFF RONNIE R. GOVEA, WHO PRESENTLY RESIDES AT CALIFORNIA STATE PRISON - LA COUNTY, P.O. BOX 8457, LANCASTER, CA. 93539 WERE VIOLATED BY THE ACTIONS OF THE BELOW NAMED INDIVIDUALS. THE ACTIONS WERE DIRECTED AGAINST PLAINTIFF AT CALIFORNIA STATE PRISON ON July 17, 2019, JULY 19, 2019
    (COUNT-1)    (COUNT-2)

2. <u>DEFENDANTS</u>:

• <u>DEFENDANT BEN LEE</u> WORKS AT 44750 60th STREET WEST IN LANCASTER CA. 93536 AND IS EMPLOYED AS A "DENTIST" AT CALIFORNIA STATE PRISON - LA COUNTY B-FACILITY. THE DEFENDANT IS SUED IN HIS INDIVIDUAL CAPACITY.

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW ON JULY 17, 2019 DEFENDANT BEN LEE WAS EMPLOYED WITH CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND PROVIDES DENTAL TREATMENT TO C.D.C.R INMATES.

• <u>DEFENDANT ANA MONTERROSA</u> WORKS AT 44750 60th ST. WEST IN LANCASTER CA. 93536 AND IS EMPLOYED AS A "DENTIST ASSISTANT" AT CALIFORNIA STATE PRISON - LA COUNTY B-FACILITY THE DEFENDANT IS SUED IN HER INDIVIDUAL CAPACITY.

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW

ON July 17, 2019 DEFENDANT ANA MONTERROSA WAS EMPLOYED WITH CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND PROVIDES DENTAL ASSISTANCE TO CDCR INMATES.

• DEFENDANT C. BINGHAM WORKS AT 44750 60th STREET WEST, LANCASTER CA. 93536 AND IS EMPLOYED AS C. BINGHAM DDS, SD "DENTAL SUPERVISOR" AT CALIFORNIA STATE PRISON – LA COUNTY. THE DEFENDANT IS SUED IN HER INDIVIDUAL CAPACITY.

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW

ON JULY 17, 2019 DEFENDANT C. BINGHAM WAS EMPLOYED BY WITH CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND SUPERVISES DENTAL EMPLOYEES AND RESPONDS TO CDCR INMATE APPEALS.

• DEFENDANT R. JACKSON WORKS AT 44750 60th STREET WEST, LANCASTER CA. 93536 AND IS EMPLOYED AS THE HEALTH PROGRAM MANAGER III AT CALIFORNIA STATE PRISON – LA COUNTY. THE DEFENDANT IS SUED IN HIS/HER INDIVIDUAL CAPACITY

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW

ON July 17, 2019 DEFENDANT R. JACKSON WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND IS THE HEALTH PROGRAM MANAGER III AT C.S.P. – LAC CDCR

3.

- **DEFENDANT S. GATES** WORKS AT P.O. BOX 588500, ELK GROVE, CA. 95758 AND IS EMPLOYED AS "CHIEF, HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH POLICY AND RISK MANAGEMENT SERVICES AT CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES. THE DEFENDANT IS SUED IN HIS/HER INDIVIDUAL CAPACITY.

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW.

ON July 17, 2019 DEFENDANT S. GATES WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND IS THE "CHIEF, HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH POLICY AND RISK MANAGEMENT SERVICES AT CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES.

## C. CAUSES OF ACTION

**COUNT ONE:** THE FOLLOWING CIVIL RIGHTS HAVE BEEN VIOLATED:

DEFENDANTS WERE "DELIBERATE INDIFFERENCE" TOWARDS PLAINTIFFS "SERIOUS MEDICAL NEEDS" VIOLATED PLAINIFF'S RIGHTS WHICH CONSTITUTES "CRUEL AND UNUSUAL PUNISHMENT" BY CAUSING THE "UNNECESSARY AND WANTON PAIN" WHICH IS PROHIBITED BY THE UNITED STATES CONSTITUTIONS EIGHTH AMENDMENT

SUPPORTING FACTS:

1. ON JULY 17, 2019 DEFENDANT BEN LEE WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS A A "DENTIST" TO PROVIDE DENTAL TREATMENT FOR (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES. WHILE DEFENDANT BEN LEE WAS ASSIGNED TO WORK AT CALIFORNIA STATE PRISON - LA COUNTY B-FACILITY ON JULY 17, 2019, PLAINTIFF WENT TO THE DENTAL CLINIC FOR TREATMENT. PLAINTIFF INFORMED THE DENTIST BEN LEE AND DENTAL ASSISTANT ANA MONTERROSA THAT HE IS A TYPE II DIABETIC INSULIN DEPENDANT AND HAD RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY ON APRIL 1, 2019. HE ALSO INFORMED THEM THAT HE "USUALLY" IS PROVIDED ANTIBIOTICS BEFORE AND AFTER ANY DENTAL TREATMENT TO PREVENT AN INFECTION BECAUSE AN INFECTION CAN MOVE THROUGH THE BLOOD TO YOUR KNEE REPLACEMENT JOINT. BEN LEE TOLD PLAINTIFF HE WILL BE ALRIGHT WITHOUT ANTIBIOTICS AND HE REPLACED TWO FILLINGS ON PLAINTIFF'S TEETH #11 AND #13 DEFENDANT BEN LEE FAILED TO PRESCRIBE ORAL ANTIBIOTICS TO PREVENT SERIOUS HARM TO PLAINTIFFS HEALTH. DUE TO BEN LEE'S "CONSCIOUSLY DISREGARD" TO TAKE PRE-CAUTIONS PLAINTIFF SUFFERED A SEVERE INFECTION A FEW DAYS LATER AFTER DENTAL TREATMENT IN HIS LEFT KNEE REPLACEMENT JOINT THAT

SUPPORTING FACTS CONT.

RESULTED IN PLAINTIFF BEING HOSPITALIZED AND REQUIRED AN "OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY" TO SAVE PLAINTIFF'S LEG FROM BEING AMPUTATED. PLAINTIFF WAS HOSPITALIZED FOR TWELVE WEEKS TO HAVE IV ANTIBIOTICS, AND IS NOW REQUIRED TO TAKE ORAL ANTIBIOTICS AS LONG AS PLAINTIFF HAS THE METAL HARDWARE IN HIS LEFT LEG. DENTIST BEN LEE HAD THE ABILITY TO PREVENT THIS INJURY BUT FAILED TO WHICH CAUSED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN" AS WELL AS "CRUEL AND UNUSUAL PUNISHMENT" BY BEING "DELIBERATE INDIFFERENT" TO PLAINTIFF'S "SERIOUS MEDICAL NEEDS" IN VIOLATION OF THE UNITED STATES CONSTITUTIONS EIGHTH AMENDMENT. IT IS WELL DOCUMENTED IN THE "RIVERSIDE UNIVERSITY HEALTH SYSTEM" HOME CARE AFTER TOTAL JOINT REPLACEMENT INSTRUCTION MANUAL WHICH STATES "HAVE YOUR DENTIST GIVE YOU ANTI-BIOTICS BEFORE DENTAL TREATMENT OR SURGERIES. (SEE ATTACHED EXHIBIT-A)

SUPPORTING FACTS CONT.

2. ON JULY 17, 2019 DEFENDANT ANA MONTERROSA WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS A "DENTAL ASSISTANT" TO PROVIDE DENTAL TREATMENT FOR (CDCR) THE DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES, WHILE DEFENDANT ANA MONTERROSA WAS ASSIGNED TO WORK AT CALIFORNIA STATE PRISON —LA COUNTY B-FACILITY, ON JULY 17, 2019 PLAINTIFF WENT TO THE DENTAL CLINIC FOR TREATMENT PLAINTIFF INFORMED DENTAL ASSISTANT ANA MONTERROSA, THE DENTIST BEN LEE THAT HE IS A TYPE II DIABETIC AND INSULIN DEPENDANT AND HE RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY ON APRIL 1, 2019. HE ALSO INFORMED THAT HE "USUALLY" IS PROVIDED ANTI-BIOTICS BEFORE AND AFTER ANY DENTAL TREATMENT TO PREVENT AN INFECTION BECAUSE AN INFECTION CAN MOVE THROUGH THE BLOOD TO YOUR KNEE REPLACEMENT JOINT. PLAINTIFF HAD TWO OF HIS FILLINGS REPLACED #11 AND #13 AND WAS NOT PROVIDED ANY ANTIBIOTICS TO PREVENT SERIOUS HARM TO PLAINTIFF'S HEALTH DUE TO THE DENTAL OFFICIALS "CONSCIOUSLY DISREGARD" TO TAKE PRE-CAUTIONS PLAINTIFF SUFFERED A SEVERE INFECTION A FEW DAYS AFTER

SUPPORTING FACTS CONT.:

THE DENTAL TREATMENT IN HIS KNEE REPLACE-
MENT DEVICE THAT RESULTED IN PLAINTIFF BEING
HOSPITALIZED TO HAVE AN EMERGENCY "OPEN
IRRIGATION AND PARTIAL KNEE REPLACEMENT
SURGERY" TO SAVE PLAINTIFF'S LEG FROM BEING
AMPUTATED. PLAINTIFF WAS HOSPITALIZED FOR
TWELVE WEEKS TO HAVE IV ANTIBIOTICS,
AND IS NOW REQUIRED TO TAKE ORAL "ANTI-
BIOTICS AS LONG AS PLAINTIFF HAS THE METAL
HARDWARE IN HIS LEG. THESE DENTAL OFFICIALS
HAD THE ABILITY TO PREVENT THIS INJURY
BUT, FAILED TO WHICH CAUSED THE "UNNECE-
SSARY AND WANTON INFLICTION OF PAIN"
AS WELL AS "CRUEL AND UNUSUAL PUNISHMENT"
BY BEING "DELIBERATE INDIFFERENT" TOWARDS
PLAINTIFF'S "SERIOUS MEDICAL NEEDS" WHICH
VIOLATED THE UNITED STATES CONSTITUTIONS
EIGHTH AMENDMENT. IT IS WELL DOCUMENTED
IN THE "RIVERSIDE UNIVERSITY HEALTH SYSTEM"
HOME AFTER CARE TOTAL JOINT REPLACEMENT
INSRUCTION MANUL WHICH STATES "HAVE YOUR
DENTIST GIVE YOU "ANTIBIOTICS" BEFORE DENTAL
TREATMENT OR SURGERIES.
( SEE ATTACHED EXHIBIT-A )

8.

SUPPORTING FACTS CONT,

3. ON JULY 17, 2019 DEFENDANT C. BINGHAM WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS " DDS, SD" SUPERVISOR WHO PROVIDES INTERVIEWS WITH (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES WHO FILE DENTAL HEALTH CARE GRIE-VANCES. WHILE DEFENDANT C. BINGHAM WAS ASSI-GNED TO WORK AT CALIFORNIA STATE PRISON- LA COUNTY. SHE IS RESPONSIBLE FOR THE TRAINING, POLICY AND PROCEDURES THE DENTIST UTILIZES WHILE PROVIDING DENTAL TREATMENT TO (CDCR) INMATES. ON SEPTEMBER 3, 2019 PLAINTIFF WAS INTERVIEWED BY THE DEFENDANT C. BINGHAM DDS, SD REGARDING HIS DENTAL GRIEVANCE WHILE HE WAS HOSPITALIZED AT THE C.S.P.-LAC INFIRMARY DUE TO THE DENTAL TREATMENT THAT PLAINTIFF WAS PROVIDED BY DENTIST BEN LEE WHO FAILED TO PROVIDE PLAINTIFF "ANTIBIOTICS" BEFORE AND AFTER HE WAS PROVIDED DENTAL TREATMENT CAUSED A SEVERE INFECTION IN PLAINTIFFS KNEE REPLACEMENT JOINT SO BAD PLAINTIFF ALMOST HAD HIS LEG AMPUTATED, HAD AN "OPEN IRRIGATION AND PARTIAL KNEE REPLACE-MENT SURGERY TO SAVE HIS LEG. PLAINTIFF SUFFERED THIS INJURY DUE TO THE FAILURE TO

9.

SUPPORTING FACTS CONT.

PROPERLY TRAIN DEFENDANT BEN LEE HOW TO UTILIZE PRE-CAUTION DENTAL TREATMENT TO "HIGH MEDICAL RISK" INMATES WHO ARE AT A SUBSTANTIAL RISK OF HARM IF THE FAILURE TO TREAT A CONDITION COULD RESULT IN FURTHER SIGNIFICANT INJURY OR THE "UNNECESSARY AND WANTON INFLICTION OF PAIN." PLAINTIFF'S INJURIES AND HOSPITALIZATION WAS CAUSED BY C. BINGHAM DDS. SD's POLICY AND PRACTICE PROCEDURES. (SEE EXHIBIT-A)

SUPPORTING FACTS CONT.

4. ON OCTOBER 10, 2019 DEFENDANT R. JACKSON WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS THE "HEALTH PRO-GRAM MANAGER III WHO MANAGES DENTAL AND MEDICAL CARE TO (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES AT THE CALIFORNIA STATE PRISON — LA-COUNTY. HIS OR HER PRIMARY DUTIES ARE TO REVIEW AND TO RESPOND TO INMATE GRIEVENCES TO MAKE SURE CCHCS EMPLOYEE'S ARE PROVIDING ADEQUATE MEDICAL AND DENTAL TREATMENT TO(CDCR) INMATES. DEFENDANT R. JACKSON

SUPPORTING FACTS CONT,

REVIEWED AND RESPONDED TO PLAINTIFF'S CDCR HC-602 LOG# LAC-HC-19001195 REGARDING THE TOTAL DISREGARD DENTIST "BEN LEE" DISPLAYED WHEN HE FAILED TO PROVIDE PLAINTIFF ANTI-BIOTICS BEFORE AND AFTER THE DENTAL PROCEDURE WHICH WAS "DELIBERATE INDIFFERENT" TO A PRISONERS "SERIOUS MEDICAL NEEDS". BECAUSE BEN LEE WAS INFORMED BY THE PLAINTIFF HE HAD A PARTIAL KNEE REPLACEMENT SURGERY ON APRIL 1, 2019 AND HE IS A DIABETIC WHO IS A "HIGH RISK" INMATE. DEFENDANT BEN LEE'S "CONSCIOUSLY DISREGARD" TO TAKE PRE-CAUTIONS, PLAINTIFF SUFFERED A SEVERE INFECTION IN HIS KNEE REPLACEMENT JOINT AND HAD TO BE HOSPITALIZED TO SAVE HIS LEG FROM BEING AMPUTATED. THIS WAS THE PROXIMATE CAUSE AND MOVING FORCE TO PLAINTIFF'S SEVERE PAIN AND SUFFERING CAUSED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN". DEFENDANT R. JACKSON IS RESPONSIBLE FOR THE TRAINING AND POLICY AND PROCEDURES THE DENTIST UTILIZES WHEN PROVIDING DENTAL TREATMENT TO (CDCR) INMATES. PLAINTIFF'S CDCR HC-602 APPEAL WAS DENIED CONSTITUTES "CRUEL AND UNUSUAL PUNISHMENT AN 8TH AMENDMENT VIOLATION (SEE EXHIBIT-A)

11.

SUPPORTING FACTS CONT.

5. ON July 17, 2019 DEFENDANT F. GATES WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS THE "CHIEF, HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH POLICY AND RISK MANAGEMENT SERVICES"(CCHCS), WHO REVIEWS AND RESPONDS TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S INMATE GRIEVANCES IN REGARDS TO DENTAL AND MEDICAL TREATMENT THAT IS PROVIDED TO (CDCR) INMATES HOUSED AT THE CALIFORNIA STATE PRISON - LA - COUNTY. DEFENDANT F. GATES IS ALSO RESPONSIBLE FOR THE TRAINING, PRACTICE AND PROCEDURES, POLICIES THAT (CCHCS) DENTAL AND MEDICAL EMPLOYEE'S UTILIZE WHILE TREATING (CDCR) INMATES. ON JANUARY 16, 2020 DEFENDANT REVIEWED AND RESPONDED TO PLAINTIFF'S CDCR HC-602 APPEAL LOG# LAC-HC-19001195 WHICH WAS DENIED AT THE HEADQUARTER'S LEVEL REVIEW THAT CONSTITUTES "DELIBERATE INDIFFERENCE" TO A PRISONERS "SERIOUS MEDICAL NEEDS". DEFENDANT F. GATES ACTUALLY APPROVED THE "PRACTICE AND POLICY PROCEDURES" THAT DEFENDANT'S "BEN LEE" AND "ANA MONTE-RROSA" UTILIZED ON JULY 17, 2019 AT C.S.P.- LAC B-FACILITY CLINIC WHILE THEY PROVIDED DENTAL TREAT-MENT TO PLAINTIFF. DUE TO THESE DENTAL OFFICIALS "TOTAL DISREGARD" TOWARDS PLAINTIFF'S MEDICAL

12.

SUPPORTING FACTS CONT.

"HIGH RISK" FACTORS AND HISTORY OF BEING A TYPE II DIABETIC WITH SEVERAL OTHER HEALTH PROBLEMS WITH INFECTIONS IN DEFECTIVE KNEE REPLACEMENT DEVICES WHICH IS WELL DOCUMENTED IN PLAINTIFF'S "MEDICAL AND DENTAL RECORDS". THESE DENTAL OFFICIALS AT (C.S.P.-LAC) AND (CCHCS) HAD THE ABILITY TO PREVENT THE INJURY THAT PLAINTIFF SUSTAINED BUT, FAILED TO WHICH CAUSED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN" AS WELL AS "CRUEL AND UNUSUAL PUNISHMENT" BY SIMPLY BEING "DELIBERATE INDIFFERENT" TOWARDS PLAINTIFF'S "SERIOUS MEDICAL NEEDS" VIOLATED THE UNITED STATES CONSTITUTION'S 8TH AMENDMENT. THIS WAS THE PROXIMATE CAUSE AND MOVING FORCE TO PLAINTIFF'S INJURY HE SUFFERED A SEVERE INFECTION IN HIS LEFT KNEE REPLACE-MENT DEVICE AND HAD TO BE HOSPITALIZED TO HAVE AN "EMERGENCY" OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY TO SAVE HIS LEG FROM BEING AMPUTATED. THIS COULD HAVE BEEN PREVENTED HAD THERE BEEN A "PRE-CAUTION" POLICY TO PROVIDED "HIGH RISK" MEDICAL "DIABETIC INMATES" WITH "ANTI-BIOTICS" "BEFORE AND AFTER" A DENTAL PROCEDURE IS PROVIDED. (SEE EXHIBIT-A AND B-C)

13.

COUNT: TWO

DEFENDANT'S "RECKLESS NEGLIGENCE" TO PLAINTIFF'S "SERIOUS MEDICAL NEEDS" CONSTITUTED TORT UNDER CALIFORNIA LAW

SUPPORTING FACTS:
THE FOLLOWING TORT, HAS BEEN VIOLATED:

6. ON July 17, 2019 DEFENDANT "BEN LEE" WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS A "DENTIST" TO PROVIDE DENTAL TREATMENT TO (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES. WHILE DEFENDANT "BEN LEE" WAS ASSIGNED TO WORK AT (CSP-LAC) CALIFORNIA STATE PRISON - LA COUNTY B-FACILITY DENTAL CLINIC ON July 17, 2019 PLAINTIFF WENT TO THE DENTAL CLINIC FOR TREATMENT. PLAINTIFF INFORMED "BEN LEE" AND DENTAL ASSISTANT "ANA MONTERROSA" THAT HE IS A TYPE II DIABETIC AND RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY ON APRIL 1, 2019. PLAINTIFF ALSO INFORMED THESE DENTAL OFFICIALS HE IS A "HIGH RISK" MEDICAL INMATE AND HE "USUALLY" HAS ORAL ANTIBIOTICS PROVIDED "BEFORE AND AFTER" DENTAL TREATMENT TO PREVENT AN INFECTION BECAUSE AN INFECTION CAN MOVE THROUGH YOUR BLOOD TO YOUR KNEE REPLACEMENT JOINT. DEFENDANT BEN LEE TOLD PLAINTIFF HE WILL BE ALRIGHT "WITHOUT ANTIBIOTICS" AND HE REPLACED TWO FILLINGS ON PLAINTIFF'S TEETH #11 AND #13

14.

SUPPORTING FACTS CONT.

DEFENDANT BEN LEE FAILED TO PRESCRIBE ORAL ANTIBIOTICS TO PREVENT SERIOUS HARM TO PLAINTIFFS HEALTH. DUE TO DEFENDANT'S "RECKLESS NEGLIGENCE" AND "CONSCIOUSLY DISREGARD" TO TAKE PRE-CAUTIONS PLAINTIFF SUFFERED A SEVERE INFECTION IN HIS LEFT KNEE REPLACEMENT JOINT A FEW DAYS AFTER DENTAL TREATMENT WHICH RESULTED IN PLAINTIFF BEING HOS-PITALIZED FOR A "EMERGENCY" OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY TO SAVE PLAINTIFF'S LEG FROM BEING AMPUTATED. PLAINTIFF HAD TO BE HOSPITALIZED FOR TWELVE WEEKS TO HAVE IV ANTI-BIOTICS, AND HAS TO STAY ON ORAL ANTIBIOTICS AS LONG AS THE METAL HARDWARE REMAINS IN HIS LEFT LEG, POSSIBLY FOR THE REST OF HIS LIFE. THE DEFENDANT HAD THE ABILITY TO PREVENT THIS INJURY BUT, FAILED WHICH SUCH "RECKLESS NEGLIGENCE" WAS THE MOVING FORCE BEHIND PLAINTIFF BEING HOSPITALIZED AND HAVING TO GO THROUGH SURGERY CONSTITUTES TORT UNDER CALIFORNIA STATE LAW. (SEE EXHIBITS A, B, AND C)

7. ON July 17, 2019 DEFENDANT "ANA MONTERROSA" WAS EMPLOYED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS A "DENTAL ASSISTANT" TO PROVIDE DENTAL ASSISTANCE TO (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REH-ABILITATION INMATES. WHILE DEFENDANT WAS ASSIGNED TO WORK AT CALIFORNIA STATE PRISON-LA COUNTY (CSP-LAC) B-FACILITY DENTAL CLINIC. ON July 17, 2019 PLAINTIFF WENT TO HAVE DENTAL TREATMENT AND INFORMED

SUPPORTING FACTS CONT.

DEFENDANTS, DENTIST "BEN LEE" AND DENTAL ASSISTANT "ANA MONTERROSA" THAT HE IS A TYPE II DIABETIC AND RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY ON APRIL 1, 2019. PLAINTIFF ALSO INFORMED THESE DENTAL OFFICIALS HE IS A "HIGH RISK" MEDICAL INMATE AND HE IS "USUALLY" GIVEN ORAL ANTIBIOTICS "BEFORE AND AFTER" ANY DENTAL TREATMENT TO PREVENT AN INFECTION BECAUSE AN INFECTION CAN MOVE THROUGH THE BLOOD DOWN TO YOUR KNEE REPLACEMENT JOINT. THESE DEFENDANTS FAILED TO PROVIDE ME WITH ANTIBIOTICS AND REPLACED TWO FILLINGS ON PLAINTIFF'S TEETH #11 AND #13 WITHOUT TAKING PRE-CAUTIONS TO PREVENT SERIOUS HARM TO PLAINTIFF'S HEALTH. DUE TO DEFENDANTS "RECKLESS NEGLIGENCE" AND "CONSCIOUSLY DISREGARD" PLAINTIFF SUFFERED A SEVERE INFECTION IN HIS LEFT KNEE REPLACEMENT JOINT A FEW DAYS AFTER DENTAL TREATMENT WHICH RESULTED IN PLAINTIFF BEING HOSPITALIZED FOR AN "EMERGENCY" OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY TO SAVE PLAINTIFF'S LEG FROM BEING AMPUTATED. THIS WAS IN FACT THE PROXIMATE CAUSE AND MOVING FORCE BEHIND PLAINTIFF'S PAIN AND SUFFERING BECAUSE HE WAS PROVIDED INADEQUATE DENTAL TREATMENT WHICH CONSTITUTES TORT UNDER CALIFORNIA LAW. (SEE EXHIBITS A, B AND C)

SUPPORTING FACTS CONT.

8. ON July 17, 2019 DEFENDANT "C. BINGHAM" WAS EMPLOYED BY (CCHCS) CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS C. BINGHAM DDS, SD "SUPERVISOR" WHO PROVIDES INTERVIEWS WITH (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES WHO FILE DENTAL CARE GRIEVENCES. WHILE DEFENDANT C. BINGHAM WAS ASSIGNED TO WORK AT CALIFORNIA STATE PRISON - LA COUNTY (CSP-LAC) SHE IS ALSO RESPONSIBLE FOR THE TRAINING, POLICY AND PROCEDURES THE DENTAL OFFICIALS UTILIZES WHILE PROVIDING DENTAL TREATMENT TO (CDCR) INMATES. ON SEPTEMBER 3, 2019 PLAINTIFF WAS INTERVIEWED BY DEFENDANT REGARDING HIS DENTAL GRIEVENCE WHILE BEING HOSPITALIZED AT THE CSP-LAC INFIRMARY DUE TO THE DENTAL TREATMENT PLAINTIFF WAS PROVIDED BY DENTIST "BEN LEE" WHO FAILED TO PROVIDE PLAINTIFF WITH "ANTIBIOTICS" BEFORE AND AFTER HE WAS PROVIDED DENTAL TREATMENT THAT CAUSED A SEVERE INFECTION IN PLAINTIFF'S KNEE REPLACEMENT JOINT SO BAD HE ALMOST HAD TO HAVE "AN ABOVE THE KNEE AMPUTATION." HE HAD AN "EMERGENCY" OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY. PLAINTIFF SUFFERED THIS INJURY DUE TO DEFENDANTS FAILURE TO PROPERLY TRAIN DENTAL OFFICIALS HOW TO UTILIZE PRE-CAUTION DENTAL TREATMENT WHEN TREATING "HIGH RISK" MEDICAL INMATES. THE PLAINTIFF'S PAIN AND SUFFERING WAS CAUSED BY DEFENDANTS

SUPPORTING FACTS CONT.

TOTAL DISREGARD TOWARDS CAUSING SEVERE HARM TO PLAINTIFF'S HEALTH. THE DEFENDANTS RECKLESS NEGLIGENCE WAS THE PROXIMATE CAUSE AND MOVING FORCE BEHIND PLAINTIFF'S SIGNIFICANTE INJURY WHICH CONSTITUTES TORT UNDER CALIFORNIA LAW.

9. ON July 17, 2019 DEFENDANT R. JACKSON WAS EMPLOYED BY (CCHCS) CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS THE "HEALTH PROGRAM MANAGER III WHO MANAGES DENTAL AND MEDICAL CARE TO (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATES AT THE CALIFORNIA STATE PRISON- LA COUNTY. HIS OR HER PRIMARY DUTIES ARE TO REVIEW AND RESPOND TO INMATE GRIEVENCES AND TO MAKE SURE (CCHCS) DENTAL EMPLOYEE'S ARE PROVIDING ADEQUATE DENTAL TREATMENT TO (CDCR) INMATES. DEFENDANT R. JACKSON REVIEWED AND RESPONDED TO PLAINTIFF'S CDCR HC-602 APPEAL LOG# LAC-HC-19001195 REGARDING THE TOTAL DISREGARD DENTIST "BEN LEE" DISPLAYED WHEN HE FAILED TO PROVIDE PLAINTIFF WITH ANTIBIOTICS "BEFORE AND AFTER" THE DENTAL PROCEDURE WHICH WAS "RECKLESS NEGLIGENCE" TOWARDS A PRISONERS "SERIOUS MEDICAL NEEDS"; BECAUSE BEN LEE WAS INFORMED BY PLAINTIFF HE HAD RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY ON April 1, 2019 AND HE IS A "HIGH RISK" DIABETIC INMATE. DENTAL OFFICIALS "CONSCIOUSLY DISREGARD" TO TAKE PRE-CAUTIONS CAUSED A SEVERE INFECTION IN PLAINTIFF'S KNEE REPLACEMENT JOINT AND HE HAD TO BE HOSPITALIZED FOR "EMERGENCY"

18.

SUPPORTING FACTS CONT.

"OPEN IRRIGATION" AND PARTIAL KNEE REPLACEMENT SURGERY" TO SAVE PLAINTIFF'S LEG FROM AMPUTATION. PLAINTIFF SUFFERED HIS INJURY DUE TO DEFENDANT'S R. JACKSON'S FAILURE TO PROPERLY TRAIN DENTAL OFFICIALS HOW TO UTILIZE PRE-CAUTION DENTAL TREATMENT WHEN TREATING "HIGH RISK" MEDICAL INMATES. THE PLAINTIFF'S PAIN AND SUFFERING WAS CAUSED BY DEFENDANTS TOTAL DISREGARD TOWARDS CAUSING SEVERE HARM TO PLAINTIFF'S HEALTH. THE DEFENDANTS "RECKLESS NEGLIGENCE" WAS THE PROXIMATE CAUSE AND MOVING FORCE BEHIND THE PLAINTIFF'S SIGNIFICATE INJURY HE SUSTAINED WHICH CONSTITUTES TORT UNDER CALIFORNIA LAW.

10. ON July 17, 2019 DEFENDANT S. GATES WAS EMPLOYED BY (CCHCS) CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AS THE "CHIEF HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH POLICY AND RISK MANAGEMENT SERVICES, WHO REVIEWS AND RESPONDS TO (CDCR) CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATE GRIEVENCES IN REGARDS TO DENTAL TREATMENT THAT IS PROVIDED TO (CDCR) INMATES AT (CSP-LAC) CALIFORNIA STATE PRISON - LA COUNTY. DEFENDANT F. GATES IS ALSO RESPONSIBLE FOR THE TRAINING, PRACTICE AND PROCEDURES, POLICIES THAT (CCHCS) DENTAL EMPLOYEE'S UTILIZE WHILE TREATING (CDCR) INMATES. ON JANUARY 16, 2020 DEFENDANT REVIEWED AND RESPONDED TO PLAIN-TIFF'S CDCR HC-602 APPEAL LOG# LAC-HC-19001195 WHICH WAS DENIED AT THE HEADQUARTERS LEVEL REVIEW. DEFENDANT F. GATES ACTUALLY APPROVED

19.

SUPPORTING FACTS CONT.

THE "RECKLESS NEGLIGENCE" PRACTICE AND POLICY PROCEDURES THAT DEFENDANT'S "BEN LEE" AND "ANA MONTERROSA" UTILIZED ON JULY 17, 2019 AT (CSP-LAC) B-FACILITY DENTAL CLINIC WHILE THEY PROVIDED DENTAL TREATMENT TO PLAINTIFF. DUE TO THESE DENTAL OFFICIALS "TOTAL DISREGARD" TOWARDS THE PLAINTIFF'S MEDICAL "HIGH RISK" FACTORS AND HIS HISTORY OF BEING A TYPE II DIABETIC WITH SEVERAL OTHER HEALTH PROBLEMS WITH INFECTIONS AND DEFECTIVE KNEE REPLACEMENT DEVICES THAT IS WELL DOCUMENTED IN PLAINTIFF'S "MEDICAL AND DENTAL RECORDS. THESE DENTAL OFFICIALS AT (CSP-LAC) AND (CCHCS) HAD THE ABILITY TO PREVENT THE INJURY PLAINTIFF SUSTAINED BUT, FAILED TO WHICH CAUSED THE UNNECESSARY AND WANTON INFLICTION OF PAIN. THESE DEFENDANTS CAUSED PLAINTIFF'S LEFT KNEE REPLACEMENT DEVICE TO BECOME INFECTED AND HE HAD TO BE HOSP-ITALIZED FOR AN "EMERGENCY" OPEN IRRIGATION AND PARTIAL KNEE REPLACEMENT SURGERY TO SAVE PLAINTIFF'S LEG FROM BEING AMPUTATED. THIS COULD HAVE BEEN PREVENTED HAD THERE BEEN A "PRE-CAUTION" POLICY TO PROVIDE "HIGH-RISK" MEDICAL DIABETIC INMATES WITH "ANTIBIOTICS" BEFORE AND AFTER A DENTAL PROCEDURE PLAINTIFF WOULD NOT BEEN HOSPITALIZED FOR THREE MONTHS. THE DEFENDANTS "RECKLESS NEGLIGENCE" WAS THE PROXIMATE CAUSE AND MOVING FORCE TO PLAINTIFF'S INJURY CONSTITUTES TORT UNDER CALIFORNIA LAW. (SEE EXHIBITS-A, B AND C)

20.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURTS DEALING WITH THE SAME OR SIMILAR FACTS INVOLVED IN THIS CASE?   YES OR NO
   ☒        ☐

(a) PARTIES TO THE PREVIOUS LAWSUIT:
PLAINTIFFS: RONNIE R. GOVEA
DEFENDANTS: ROBERT W. FOX et,al

(b) NAME OF THE COURT AND DOCKET NUMBER: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT CASE NO. 2:15-CV-2545-EMG-DB (PC)

(c) ISSUES RAISED: "DELIBERATE INDIFFERENCE" TOWARDS A PRISONERS "SERIOUS MEDICAL NEEDS" NEGLIGENCE

(d) APPROXIMATE DATE CASE WAS FILED: DECEMBER 2015

(e) DISPOSITION: PARTALLY DISSMISSED, APPEALED STILL PENDING

(f) APPROXIMATE DATE OF DISPOSITION: MARCH 24, 2020

2. HAVE YOU PREVIOUSLY SOUGHT AND EXHAUSTED ALL FORMS OF AVAILABLE RELIEF FROM THE PROPER ADMINISTRATIVE OFFICIALS REGARDING THE ACTS ALLEGED IN PART C ABOVE? CDCR 602 APPEAL WAS FILED YES

THE CDCR HC-602 WAS FILED AND PARTIALLY GRANTED BUT, STILL RECEIVED NEGATIVE RESULTS.

# E. REQUEST FOR RELIEF

PLAINTIFF REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF (1.) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES. (2.) ORDER ALL DEFENDANTS TO PAY COMPEN-SATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $1,000,000 (ONE MILLION DOLLARS) AGAINST EACH DEFENDANT MENTIONED IN THIS COMPLAINT. (3.) ORDER ALL THE DEFENDANTS TO PAY REA-SONABLE ATTORNEY FEES AND COSTS; (4) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY; (5) AND GRANT OTHER JUST AND EQUITABLE RELIEF THAT THIS HONORABLE COURT DEEMS NECESSARY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JUNE 11, 2020

Ronnie R. Gorea
SIGNATURE OF PLAINTIFF

22.

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT THE CALIFORNIA STATE PRISON-LA COUNTY (CSP-LAC) IN THE CITY OF LANCASTER, CALIFORNIA ON JUNE 11, 2020

Ronnie R. Govea

PLAINTIFF, RONNIE R. GOVEA

# EXHIBIT A

CDCR HEALTH CARE
602 APPEAL #LAC-HC-1900II95

24.

STATE OF CALIFORNIA

**HEALTH CARE GRIEVANCE** — *ORIGINAL* —

CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: |
|---|---|---|

**Tracking #:** L A C   H C   1 9 0 0 1 1 9 5

Staff Name and Title (Print): L. MASON, HCARN

Signature: (signature)

Date: 8/22/19

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): GOVEA, RONNIE R.

CDCR #: V-21557

Unit/Cell #: CTC INF. #017

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

ON 7-17-19 AT CSP-LAC B-YARD I HAD A DENTAL PROCEDURE DONE BY A DENTIST
DAAMONTERR AND DENTAL ASSISTANT A. MONTERROSA WHO REPLACED OLD FILLINGS
WITH NEW ONES. PLEASE TAKE NOTICE, CSP-LAC DENTAL OFFICIALS ARE WELL AWARE
THAT I RECENTLY HAD A PARTIAL KNEE REPLACEMENT SURGERY DONE ON APRIL 1, 2019
AND I AM A DIABETIC THAT IS INSULIN DEPENDANT. THIS INFO IS WELL DOCUMENTED
IN MY MEDICAL AND DENTAL FILE. ON 7-24-19 A WEEK AFTER THE DENTAL PRO-
CEDURE I HAD TO BE TAKEN TO AND ADMITTED AT PALMDALE REGIONAL HOSPITAL
DUE TO A FEVER AND INFECTION IN MY LEFT KNEE REPLACEMENT DEVICE BECAUSE
CSP-LAC DENTAL OFFICIALS FAILED TO PROVIDE ME WITH ORAL ANTIBIOTICS BEFORE
OR AFTER THE DENTAL PROCEDURE WHICH LEAD TO THE INFECTION IN MY LEFT LEG →

Supporting Documents Attached. Refer to CCR 3999.227 ☒ Yes ☐ No

Grievant Signature: Ronnie R. Govea

Date Submitted: 8-20-19

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. R.G.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☒ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: Dental    Title: _____    Date Assigned: 8/27/19    Date Due: 10/25/19

Interview Conducted? ☒ Yes ☐ No    Date of Interview: 9/3/19    Interview Location: Infirmary

Interviewer Name and Title (print): C. Bingham DDS, SD    Signature: (signature)    Date: 9/03/19

Reviewing Authority Name and Title (print): X R Jackson    Signature: R. Jackson    Date: 10/10/19

Disposition: See attached letter    ☐ Intervention    ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: OCT 15 2019

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments:

STAFF USE ONLY

RECEIVED LAC AUG 27 2019

COMPLETED LAC OCT 28 2019

RECEIVED OCT 15 2019

RECEIVED HCCAB

COMPLETED JAN 21 2020

25.

HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Tracking #: | LAC HC 19001195 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| GOVEA, RONNIE R. | V21557 | CTC INF. #017 |

**SECTION A** | Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

AND COMPLICATIONS A WEEK LATER. ON 7-26-19 I HAD TO BE TRANSFERRED FROM PALMDALE REGIONAL HOSPITAL VIA AMBULANCE TO RIVERSIDE UNIVERSITY HEALTH SYSTEM FOR A HIGHER LEVEL OF CARE. ON 7-27-19 ORTHOPEDIC SURGEONS HAD TO PERFORM AN OPEN IRRIGATION SURGERY IN MY LEFT KNEE AREA AND REPLACED THE POLY IN MY KNEE REPLACEMENT DEVICE WHICH REQUIRED ME TO HAVE A PICO LINE INSTALLED IN MY RIGHT ARM TO RECEIVE SIX WEEKS OF IV ANTIBIOTICS AND HOSPITALIZATION. I WAS EVALUATED BY INFECTIOUS DISEASE DOCTORS WHO INFORMED ME THAT MY LEG HAD TO HAVE GOTTEN INFECTED BY A DIRTY BACTERIA COMING IN CONTACT WITH MY BLOOD SUCH AS A DENTAL PROCEDURE.

I'VE HAD SEVERAL DENTAL PROCEDURES BY CDCR DENTAL OFFICIALS THAT GAVE ME ORAL ANTIBIOTICS "BEFORE AND AFTER" A PROCEDURE DUE TO MY DIABETES AND MEDICAL CONDITION. THESE ACTIONS BY CSP-LAC DENTAL OFFICIALS CONSTITUTES NOTHING LESS THEN "DELIBERATE INDIFFERENCE" TOWARDS A PRISONERS "SERIOUS MEDICAL NEEDS" AS WELL AS A DIRECT VIOLATION OF THE UNITED STATES CONSTITUTION'S EIGHTH AMEND-MENT "CRUEL AND UNUSUAL PUNISHMENT" AND RECKLESS NEGLIGENCE.

Grievant Signature: *Ronnie R. Govea*   Date Submitted: 8-20-19

**SECTION B** | Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____   Signature: _____   Date : _____



RECEIVED LAC AUG 2 2 2019   COMPLETED LAC OCT 15 2019   RECEIVED HCCAB OCT 2 8 2019   COMPLETED HCCAB JAN 2 1 2020

STAFF USE ONLY

YCGO   YCGO

26.





# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Institutional Level Response

**Closing Date:**    OCT 1 5 2019

**To:**    GOVEA, RONNIE (V21557)
S INF 1017001LX
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**Tracking #:**    LAC HC 19001195

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|-------|-------------|
| Issue: Dental Services ( Procedure ) | You allege dental didn't provide you with antibiotics after your dental procedure which resulted you being hospitalized for an infection in your knee. |
| Issue: Staff Complaints ( Deliberate Indifference ) | Deliberate indifference. |

## INTERVIEW

On September 3, 2019, you were interviewed by C. Bingham, D.D.S. regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- On July 17, 2019 you were seen by the dental provider. During this encounter, you were provide with two fillings. It was noted you tolerated the treatment well and you returned to your housing in good condition.
- During your health care grievance interview, the dental provider informed you there was no correlation between your dental treatment and knee infection. You informed the dental provider you had surgery on your knee seven years ago and it also got infected.

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
OCT 2 8 2019

- While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.
- Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

R. JACKSON
Health Program Manager III
California State Prison – LA County

10/10/2019
Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

28.


RECEIVED
HCCAB
OCT 2 8 2019

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

**LAC - California State Prison, Los Angeles County**
44750 - 60th Street West
Lancaster, CA 93536-

| | |
|---|---|
| **Patient:** | **GOVEA, RONNIE RAY** |
| DOB/Age/Sex: | 4/18/1968   51 years     Male |
| Encounter Date: | 7/24/2018 |
| Attending: | Nawaz,Mario P&S |

CDCR #:   V21557
PID #:    11232247
Referring:

---

### *Dental*

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Dental Oral/Surgery Progress Note
Dental Note
7/17/2019 00:00 PDT
Auth (Verified)
Lee,Ben Dentist (7/17/2019 10:28 PDT)

**Dental Note**
----- Wednesday, July 17, 2019 at 10:28:11 AM -----
----- Provider: DAAMONTERR - Ana Monterrosa, DA -- Clinic: LAC_B -----


Vital Signs
Temperature Oral :    36.2 DegC(Converted to: 97.2 DegF)
Peripheral Pulse Rate :    60 bpm
Systolic/ Diastolic BP :   141 mmHg (HI)
Diastolic Blood Pressure :   80 mmHg
Height/Length Measured :    170 cm(Converted to: 5 ft 7 in, 5.58 ft, 66.93 in)

Body Mass Index Measured :   0 kg/m2
Monterrosa, Ana  Dental Assistant - 7/17/2019 10:25 AM PDT TABE: 9.6

1. Disability: DPO
2. Accommodation: Additional time, Equipment, Slower and Basic DPO
3. Effective Communication: Patient asked questions, Patient summarized info and EC was Reached


D2330 Resin-one surface, anteriorTooth: 11 Surface: F
D2140 Amalgam-1 surf. prim/permTooth: 13 Surface: M
C0025 Time Out Performed
D1330 Oral hygiene instruction
D9215 Local anesthesia
C0020 EC Met


S: Patient presents for planned restoration of tooth #11 and 13. Patient presents without a chief complaint.  Patient reports no symptoms on tooth scheduled for treatment. Pain 0/10.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  20805666

Print Date/Time:  8/9/2019 14:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

29.



LAC - California State Prison, Los Angeles County

Patient:        **GOVEA, RONNIE RAY**
DOB/Age/Sex:  4/18/1968  / 51 years    / Male        CDCR: V21557

---

### *Dental*

O: ID confirmed, HHx reviewed, radiographs reviewed, site confirmed. Tooth
#11 F class V caries and #13 M with decay extending into dentin.

A: Tooth #11 and 13 with smooth surface caries extending into dentin;
restoration recommended.

P: Performed Time Out Protocol. Explained RBACs of restorative tx to patient.
Administered 1.5 carpule x 1.7 mLs of Lidocaine HCL, 2% with Epinephrine
1:100,000, as local infiltration. Excavated decay on #11 and 13. Liner not
applied. Etched, primed, bonded and restored #11 and 13(B5) with condensable
and flowable composite, shade A3.5, using proper isolation techniques.
Checked occlusion and contact(s). Contoured/polished restoration(s). Patient
tolerated tx well and was dismissed in good condition. NV - FILLINGS #30 B, #14
M OVERHANG

E: Post-op instructions and OHI given. All questions answered. Relevant patient
education provided. Patient indicates understanding.

Assistant - MONTERROSA, RDA

EC needed; refer to EC template below.


DPC 3 - Routine Rehabilitative care - 365 calendar days from the date of
diagnosis


----- Signed on Wednesday, July 17, 2019 at 11:19:15 AM  -----
----- Provider: DRBLEE1 - Ben Lee, DDS -- Clinic: LAC_B -----

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  20805666                    Print Date/Time:  8/9/2019 14:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

30.



Patient Name: GOVEA, RONNIE RAY
Date of Birth: Case 2:20-cr-05443-DMG-KS    Document 1    Filed 06/18/20    Page 31 of 66    Page ID
MRN: V21557
FIN: 100096285V21557
#:31
* Auth (Verified) *

Discharge Summary
* Final Report *

GOVEA, RONNIE R - PRM10296053

Numeric Pain Scale: 5 = Moderate pain (12:54)

### Intake and Output (current encounter)

| | 07/24 14:01 07/26 13:40 | 07/26 07:00 07/26 13:40 | 07/25 07:00 07/26 06:59 | 07/24 07:00 07/25 06:59 | 07/23 07:00 07/24 06:59 |
|---|---|---|---|---|---|
| **Intake** | 5744.7 | 0 | 3000.6 | 2744.1 | 0 |
| **Output** | 5900 | 700 | 3700 | 1500 | 0 |
| **Net Total** | -155.3 | -700 | -699.4 | 1244.1 | 0 |

General: Alert, in no acute cardiopulmonary distress.
Mental Status: Oriented to person, place and time. Normal affect.
Head: Normocephalic.
Eyes: Pupils are equal, round and reactive to light. Extraocular muscles intact.
Ear, Nose and Throat: Oropharynx clear, mucous membranes moist. Ears and nose without masses, lesions or deformities. Tympanic membranes clear bilaterally. Trachea midline.
Neck: Supple, Full range of motion.
Respiratory: Clear to auscultation and percussion. No wheezing, rales or rhonchi.
Cardiovascular: S1, S2 clear. There is no S4 or S3. No murmur gallops or rubs.
Gastrointestinal: Abdomen soft, non-tender, non-distended. Normal bowel sounds. No pulsatile mass. No hepatosplenomegaly.
Genitourinary: No costovertebral angle tenderness.
Neurologic: Cranial nerves II-XII grossly intact. No focal neurological deficits. Deep tendon reflexes +2 bilaterally. Flexor plantar response. Moves all extremities spontaneously. Sensation intact bilaterally.
Skin: No rashes or lesions. No petechiae or purpura. No edema.
Musculoskeletal: Left knee-multiple surgical scars noted in the left knee. There is swelling/effusion in the left knee. There is increased warmth, redness and tenderness left knee joint.

### Hospital Course
Date of admission-7/24/2019
Date of discharge-7/26/2019

Patient is a 51 years old gentleman with history of hypertension diabetes dyslipidemia, takes sublingual nitroglycerin as needed for angina-has no documented history of coronary artery disease, has had multiple surgeries in the left knee dating back to 2011. He has had one previous infection in the left knee-postoperative septic arthritis in 2012. His last surgery was in 2019-March-done at UC Riverside. Patient noticed that he has had subluxation in the left knee, twisting his knee intermittently, bumped his knee against a wall and following that he noticed swelling in the left knee. Patient was seen at Palmdale regional hospital. Initial blood tests did not reveal any leukocytosis though patient had fever in the prison, 2 documented episodes of fever in the hospital T-max of 38.7 °C.
Patient was evaluated by Dr.Antebi-orthopedic surgeon-had aspiration of the left knee joint. Patient last echocardiogram is from May 2019-revealed LVEF 25 cc of cloudy synovial fluid with a white cell count of 35,858 was noted. Patient also had evaluation with infectious disease-was started on vancomycin which was continued.
Dr.Antebi thinks it is best that patient be transferred to the center where he had the recent knee surgery. Patient will likely need prolonged antibiotics as well as reexploration of the knee joint. Arrangements are being made to transfer patient to Riverside Medical Center/University Center for higher level of care. Patient stable at time of discharge.
Patient discharged on Vancomycin. Discharge vitals temperature 36.7 °C blood pressure 132/77 mmHg. Heart rate 74 bpm

Printed by: Acosta CSP LAC RN, Michell
Printed on: 7/29/2019 15:16 PDT

Page 3 of 4



RECEIVED
HCCAB
OCT 2 8 2019

Govea, Ronnie Ray (MRN 8431770)                                    Encounter Date: 07/26/2019

V21557

# Govea, Ronnie Ray                                         MRN: 8431770

| | | |
|---|---|---|
| **Au, Huy Duong, MD** | Discharge Summary | Date of Service: 07/31/19 1027 |
| Physician | Signed | |
| Internal Medicine | | |

### Physician Discharge Summary

**Patient ID:**
Ronnie Ray Govea   8431770   51 y.o.   4/18/1968

**Admit date:**
Arrived on 7/26/2019
If applicable, admitted/converted to inpatient on 7/26/2019

**Discharge Date:** 7/31/19

**Discharge Physician:** Au, Huy Duong, MD

**Principal Diagnosis:** Septic arthritis of knee (HCC)

**Secondary Diagnosis:**
Active Hospital Problems

| Diagnosis | Date Noted |
|---|---|
| • Septic arthritis of knee (HCC) | 07/26/2019 |
| • Diabetes mellitus type II, non insulin dependent (HCC) | 07/26/2019 |
| • Essential hypertension | 07/26/2019 |
| • Dyslipidemia | 07/26/2019 |
| • Infected prosthetic knee joint, initial encounter (HCC) | 07/26/2019 |
| • S/P revision of total knee, left | 04/01/2019 |

Resolved Hospital Problems
No resolved problems to display.

**Hospital Course:** Patient presented with recurrent left knee septic arthritis.  He was admitted and treated with IV antibiotics. Orthopedics consulted and performed irrigation and debridement with near full synovectomy and poly exchange on 7/27/19.  ID consulted and recommended 6 weeks of IV antibiotics from date of surgery (7/27/19 - 9/7/19) then followed by Doxycycline 100mg PO BID and Augmentin 875/125mg PO BID until clinically improved and inflammatory markers normalized.  PICC line was then placed and he was discharged back to prison with IV antibiotics when arrangements for the IV antibiotics are made.  He has an appointment to follow-up with orthopedics – Dr. Drinhaus on 8/7/19 and will need to follow-up with infectious disease in clinic in 6 weeks to determine if it is appropriate to transition to PO antibiotics or to continue with IV antibiotics.

Significant diagnostic studies performed:
Evaluated by Ortho s/p aspiration and ID given Vanco
Left knee aspiration 7/24/19: WBC 35,858, cloudy, 82% poly, 12,000 RBC, per verbal report cultures negative to date
Last fever 7/25 2308: 38.7

Govea, Ronnie Ray (MRN 8431770) Printed by Ocampo, Lauradea, RN [36492] at 7/31/...  Page 1 of 15

RECEIVED
HCCAB
OCT 2 8 2019

Patient Name: GOVEA, RONNIE RAY

MRN: V21557

Date of Birth: Case 3:20-cv-05443-DMG-KS    Document 1    Filed 06/18/20    Page 33 of 66    Page ID #:33    FIN: 1000010231232247V21557

* Auth (Verified) *

Govea, Ronnie Ray (MRN 8431770)                    Encounter Date: 07/26/2019

CT left knee w wo contrast 7/24/19: Limited due to hardware, no dislocation or grossly displaced fracture
Left knee 3 view X-ray 7/24/19: status post knee arthroplasty, hardware appears well seated, nonspecific joint effusion

Radiologic Studies:
7/26 Left knee XR – No left knee fracture. Left knee prosthesis is present.

Treatments included antibiotics: vancomycin and ceftriaxone.

**Consults:** ID and orthopedic surgery

**Patient Condition at Discharge Condition:** stable

**Discharge Exam:**
Temp: [96.1 °F (35.6 °C)-97.9 °F (36.6 °C)] 96.1 °F (35.6 °C)
Heart Rate: [65-90] 90
Respirations: [18-20] 20
Blood Pressure: (104-129)/(62-70) 129/70
SpO2: [96 %-100 %] 100 %

**Physical Exam:**
General appearance - alert, well appearing, and in no distress
Mental status - alert, oriented to person, place, and time
Neck - supple, no significant adenopathy
Heart - normal rate, regular rhythm, normal S1, S2, no murmurs, rubs, clicks or gallops
Chest - clear to auscultation, symmetric air entry.
Abdomen - soft, nontender, nondistended, no masses or organomegaly. Normoactive bowel sounds.
Neurological - alert, oriented, normal speech, no focal findings or movement disorder noted
Musculoskeletal - peripheral pulses normal, no pedal edema, no clubbing or cyanosis. Left knee dressed.
Skin - normal coloration and turgor, no rashes, no suspicious skin lesions noted

**Discharge Disposition:** Prison

**Information Provided to Patient:** I updated the patient on his medical status. I discussed management plans but did not discuss discharge plans due to security protocol. I did call prison facility and spoke with physician to ensure smooth transition to outpatient care who accepted patient for transfer back. I spent >30 minutes on patient care on this date including discharge process.

**Discharge Medications:**

Medication List

**START taking these medications**
acetaminophen 500 MG tablet
Commonly known as: TYLENOL
Take 1 tablet (500 mg total) by mouth every 6 (six) hours as needed for Mild Pain 1-3, Headache or Fever (specify temp) (T>38 C).

RECEIVED
HCCAB
OCT 2 8 2019

33.

📄 Attached Information                                    PICC Line Care (English)

## PICC Line Care

PICC stands for peripherally inserted central catheter. This is a short-term (temporary) tube that is used instead of a regular IV (intravenous) line.

## Reasons for using a PICC line

A PICC line may be used because:

- It reduces the discomfort of putting in a new IV every time one is needed.
- Medicine or nutrition needs to be given over a period of weeks or even months.
- A PICC can stay in place longer than an IV, so it reduces needle sticks.
- It reduces damage to small veins, where an IV is normally inserted.
- A PICC may have more than 1 channel, so different fluids or medicines can be given at the same time.
- A PICC line allows for home therapy.

Your PICC will need some care to keep it clean and working. This care includes:

- Changing the bandage (dressing)
- Flushing the catheter with fluids
- Changing the cap on the end of the catheter

A nurse or other healthcare provider will teach you how to do each of these things.



## Home care

The following are general care guidelines that will help you care for your PICC line at home:

- You can use your arm. But avoid any activity that causes mild pain.
- Do not pick at it or pull on the tubing.
- Don't lift anything heavier than 10 pounds with the arm on the side of the PICC line.
- When you bathe or shower, tape plastic wrap over the site to keep it dry.
- Do not put the PICC site under water. No swimming or hot tubs. If the dressing gets wet, change it right away.
- Always wash your hands before and after touching any part of your PICC.

Ronnie R. Govea (MRN: 8431770) • Printed at 7/31/19 11:44 AM                    Page 10 of 13

RECEIVED
HCCAB
OCT 2 8 2019

## ADA/Effective Communication Patient Summary

**As of:** 08/22/2019 08:26

### Patient Information

**NAME:** GOVEA, RONNIE
**CDCR:** V21557

### Disability Placement Program

**Current DPP Code(s):**
 * DPO

**DPP Verification/Accommodation Date:** 03/27/19 15:58:48 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Transport Vehicle With Lift
 * Limited Wheelchair User
 * Bottom Bunk
 * Ground Floor- No Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 09.6

**TABE Date:** 02/06/2009 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**
 * Cane Permanent
 * Crutches Permanent
 * Eyeglass Frames Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Therapeutic Shoes/Orthotics Permanent
 * Walkers Permanent
 * Wheelchair Permanent
 * Other Permanent:left shoe insert

### MHSDS

**MHLOC:** GP

RECEIVED
HCCAB
OCT 2 8 2019

35.

Patient Name: GOVEA, RONNIE RAY
Date of Birth: 4/18/1968 00:00 PST
CASE CV05443-DMG-KS    Document 1    Filed 06/18/20    Page 36 of 66    Page ID
#:36
MRN: V21557
FIN: 52551

* Auth (Verified) *

Govea, Ronnie Ray (MRN 8431770)                    Encounter Date: 09/18/2019

*V21557*

# Govea, Ronnie Ray

MRN: 8431770

---

Pak, Theresa Hae Sun, DO        Progress Notes        Encounter Date: 9/18/2019
Resident                        Cosign Needed
Orthopedic Surgery

**ORTHOPEDIC OUTPATIENT VISIT**

## SUBJECTIVE:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ARTHROPLASTY, KNEE, TOTAL, poly exchange | Left | 4/1/2019 |
| *Performed by Drinhaus, Rolf Richard, MD at RUH OR* | | |
| • REPLACEMENT TOTAL KNEE | Left | 2009 |
| *additional knee replacements 2012 x 2, 2014* | | |
| • revision knee arthropalsty | Left | 7/27/2019 |
| *Performed by French, Michael Harold, DO at RUH OR* | | |

**History of present illness:**
Ronnie Ray Govea is a 51yo M inmate with complex surgical h/o

1994: slipped and fell and sustained an injury to his left knee. Patient states that at the time, patient underwent what appears to be a rotation muscle flap at the time for medial knee coverage.
2005: Underwent ACL reconstruction with Dr. Smith in Frenso
2009: L TKA in Bakersfield
2012: had loosening of implant, underwent 1st revision in Oceanside. This revision was complicated by infection with multiple spacers. Later, a possible hinged prosthesis was inserted.
2014: Had total collapse of implant that was followed a 3rd revision that was again followed by implant failure, needing removal and replacement (reportedly 4 total revisions) The last operation appears to be done by Dr. Wolfson 6/4/18 in San Joaquin.
4/1/19- L knee polyexchage due to laxity in flexion and extension

Patient was doing well upuntil 7/23/19 when he developed left knee pain and swelling and fevers and chills. Patient reported recent dental work ~7/19/19. Knee aspiration yielded 100,000 wbc cell count and patient underwent I&D with polyethylene liner exchange on 7/27/19. Wound cultures from 7/27/19 - negative

**Interval history:**
- Patient seen by ID 9/12/19 - Recommendations: "At this point, without the removal of prosthesis, it would be unlikely to get a complete cure. Also, aware that repeat operation may or may not be a surgical option. Patient likely will need long term suppressive therapy if hardware not removed. Patient is still fairly symptomatic. I think it is less likely due to persistent infection but more likely limited ROM. For now patient has been on 7 weeks of IV antibiotics with somewhat abnormal ESR/CRP. I would like to have the patient see orthopedics later this month before transitioning to po suppressive antibiotics. Re-aspirating the knee to check for decreased inflammation is one option given limitation of available imaging modalities. For now I would

CSP-LAC HC Records - Received
SEP 2 0 2019

RECEIVED
HCCAB
OCT 2 8 2019

Patient Name: GOVEA, RONNIE RAY
Date of Birth: 4/18/1968 05:00 PST
CASE: 2:19-cv-05443-DMG-KS   Document 1   Filed 06/18/20   Page 37 of 66   Page ID
#:37
MRN: V21557
FIN: 52551

* Auth (Verified) *

Govea, Ronnie Ray (MRN 8431770)                                    Encounter Date: 09/18/2019

recommend to keep on IV vancomycin and ceftriaxone but OK to transition to po augmentin
875mg po q12hours and doxycycline 100mg po q12 hour soon."

Physical/Occupational therapy: n/a
Associated Symptoms: Patient denies any numbness, tingling, fevers, chills, nausea, vomiting,
chest pain, shortness of breath. Denies surgical site drainage.

**OBJECTIVE:**

**Physical Examination:**

Focused examination of the left lower extremity:
Skin: Wounds well healed, significant quad atrophy. No erythema, drainage, or sinus present.
Musculoskeletal: EHL/FHL/TA/GAS/SOL intact. AROM knee 10-80, PROM 5-90
Neuro: Sensation 2/2 in tibial, superficial peroneal, deep peroneal, saphenous, and sural nerve
distributions.
Vasc: DP pulse 2+, cap refill < 2 sec
Calves soft and nontender to palpation. Negative Homan's sign

**Imaging:**
None today

**Labs**
9/16/19 - quest
ESR 22 (normal <20)
CRP 16.5 (normal <8.0mg/L)

9/10/19
ESR 41
CRP 28

9/4/19
CRP 16

**ASSESSMENT:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | History of infection of total joint prosthesis of knee | Z87.39 |
| 2. | Chronic instability of left knee | M23.52 |

**PLAN:**
- Patient seen by ID 9/12/19 - Recommendations: "At this point, without the removal of
prosthesis, it would be unlikely to get a complete cure. Also, aware that repeat operation may or
may not be a surgical option. Patient likely will need long term suppressive therapy if hardware
not removed. Patient is still fairly symptomatic. I think it is less likely due to persistent infection
but more likely limited ROM. For now patient has been on 7 weeks of IV antibiotics with
somewhat abnormal ESR/CRP. I would like to have the patient see orthopedics later this month
before transitioning to po suppressive antibiotics. Re-aspirating the knee to check for decreased
inflammation is one option given limitation of available imaging modalities. For now I would
recommend to keep on IV vancomycin and ceftriaxone but OK to transition to po augmentin
875mg po q12hours and doxycycline 100mg po q12 hour soon."
- Clinically, there is low suspicion for infection of his left knee

RECEIVED
HCCAB
OCT 2 8 2019

* Auth (Verified) *

Govea, Ronnie Ray (MRN 8431770)                                Encounter Date: 09/18/2019

- Patient states he has continued instability. Discussed that at this time, we do not recommend the implantation of more hardware such as a hinged knee given his history of multiple infections
- Patient will benefit from PT 2x/week for knee strengthening as surgery is not an option for the patient's instability at this time
- Will defer antibiotic therapy duration to infectious disease
- Cont IV Vanc/Augmentin  *Rocephin*
- WBAT
- Brace as needed for stability, keep unlocked for motion
- return to clinic in 6 weeks for ROM check, lab check. **Patient to have ESR/CRP** prior to clinic visit

Resident Physician: Theresa Pak, DO
Attending Physician: Rolf Drinhaus, MD


Office Visit
on
9/18/2019

RECEIVED
HCCAB
OCT 2 8 2019

Facility: LAC


**Riverside University HEALTH SYSTEM**


*"PLEASE PAGE IT'S FOUR VERY IMPORTANT"*

# Home Care after Total Joint Replacement

Follow these guidelines for care as your new joint heals over the next 6 to 8 weeks.

Do not try to overdo or push yourself beyond the limits of pain.

## Home Care

- You will leave the hospital a few days after surgery. Home care instructions will be reviewed with you. You will need a post-op appointment, which will be given to you prior to your discharge.

- Your medications may change after surgery. You will be given prescriptions for new medicines and instructed on which medicines to continue after your surgery.

- Use your walker or cane as instructed.

- You will need help when you go home. If needed, your health care team will help you make arrangements for home care, equipment, physical therapy or an extended care facility.

## Call your doctor <u>right away</u> if you have:

- Increased redness, swelling or drainage at the incision site
- A fever over 101 degrees F or 38 degrees C
- Edges of the wound that start to separate
- Pain, tingling, numbness or coldness of the leg
- Your leg turns pale or blue in color
- Please call 951-486-4000, press 0 and ask for the Ortho doctor on call

## Care of your incision

- Your incision may be closed with staples or stitches.

- Your incision will be covered with a dressing called Aquacel AG. It is important that you do not remove this dressing until you are seen by your orthopedic doctor.

- It is ok to shower with this dressing on. If you notice that the dressing is beginning to lift away from the skin, please call and notify your doctor. It is important that the dressing be replaced immediately to prevent an infection.


RECEIVED
HCCAB
OCT 2 8 2019

1



- Staples or stitches will be taken out at your post-op visit.

## Swelling

- Swelling in the foot, ankle, knee and thigh are common after total joint replacement.
- To prevent swelling, recline or lie down with your feet higher than the level of your heart for 45 to 60 minutes. Do this 2 times each day.
- If the swelling does not decrease after sleeping all night and keeping your feet higher than the level of your heart during the day, **alert medical personnel**.
- Your doctor may want you to wear elastic stockings to reduce swelling. If so, wear the stockings during the day and remove them at night. Wash the stockings with soap and water and hang them to dry. Have someone help you put the stockings on and gently pull them off.

## Blood Thinning Medicines

- Your doctor may order blood thinning medicine for 1 to 3 weeks to reduce your risk of blood clots. You may be prescribed Lovenox or Aspirin when you go home. Lovenox is given as an injection into the abdomen. You will be taught how to give this medicine.
- If you take aspirin, products with aspirin, arthritis medicines, or other blood thinners, talk to your doctor to see if you should stop taking these medicines while you are on these injections.

## Sitting

- Do not sit for longer than 30 minutes at a time. Get up, walk and change your position.
- Avoid long car trips. If you travel, stop every 30 minutes. Get out of the car and move around. This will help prevent blood clots, decrease swelling and help decrease joint stiffness.

## Walking

- Use your walker or cane with all activity so that you do not fall.
- Do not walk without your walker or cane until your doctor tells you that it is okay.
- Walk often on level ground and go outdoors if weather permits. Shopping malls are good places to walk during rainy weather.

RECEIVED
HCCAB
OCT 2 8 2019

2

40.

**Riverside
University
HEALTH SYSTEM**

**Sleeping**

- If you had a hip replacement, sleep on your back with a pillow between your knees with your legs 8 to 12 inches apart. Do not sleep on your side or stomach.

- If you had a knee replacement, sleep on your back with a pillow or towel under the heel of affected leg. This will help to keep your leg straight while you sleep and allow you to continue to have range of motion when you bend your knee. You may be given a leg brace before you leave the hospital, if so wear it only at night while you sleep and remove during the day.

**Climbing Stairs**

- During the first few weeks at home, you may go up and down stairs one time each day with help.

- Have a friend or family member stand behind you as you go up and in front of you as you come down. Hold onto the hand rail.

**Sexual Activity**

- After knee replacement, you may return to sexual activity as soon as you feel able.

- After hip replacement, you may resume sexual activity 6 to 8 weeks after surgery. It is best to be on the bottom with your legs spread apart and slightly bent. Avoid hip bending or twisting. Do not rotate your leg inward. After several months of healing, you may resume sexual activity in any comfortable position.

**Activities after Your Joint Heals**

- Your new joint can be damaged by rough treatment. Avoid activities that may cause extra stress or injure the joint such as baseball, basketball, jogging and tennis.

- Do your physical therapy exercises to keep your muscles and ligaments strong to support your joint.

- Maintain a healthy weight for your height.

- After your joint is healed, about 6 to 8 weeks after surgery, you may be able to resume slow dancing, swimming, and other activities. Check with your doctor before you start any new activity.



RECEIVED
HCCAB
OCT 2 8 2019   3



**Riverside University HEALTH SYSTEM**

**Water walking**

- Water walking in a pool is relaxing and strengthens the muscles in the hip and leg.
- Do not walk in water unless you have your doctor's permission and your incision is well healed—often 6 weeks after surgery.
- Enter the pool to chest high water. Hold onto the side of the pool and walk for 15 to 20 minutes. Repeat 3 to 5 days each week.

**Preventing Infection**

- It is important to prevent and treat infections because an infection can move through the blood to your joint.
- You need to take antibiotics before having any future surgery or dental care. Call your family doctor and tell them what you are having done and get a prescription for antibiotics.
- Tell all of your doctors including your dentist that you have had a joint replacement.
- See a dentist for care every 6 months to prevent infection from your teeth. Before your appointment, call your dentist to get a prescription for antibiotics.
- If you think you have an infection, call your doctor.

**Talk to your healthcare team if you have any questions or concerns about how to care for your new joint.**


RECEIVED
HCCAB
OCT 2 8 2019

4

## What microbes cause septic arthritis?

Septic arthritis can be caused by bacteria, viruses, and fungi. The most common causes of septic arthritis are bacteria, including *Staphylococcus aureus* and *Haemophilus influenzae*. In certain "high-risk" individuals, other bacteria may cause septic arthritis, such as <u>E. coli</u> and *Pseudomonas spp.* in intravenous drug abusers and the elderly, *Neisseria gonorrhoeae* in sexually active young adults, and *Salmonella spp.* in young children or in people with sickle cell disease. Other bacteria that can cause septic arthritis include *Mycobacterium tuberculosis* and the spirochete bacterium that causes <u>Lyme disease</u>.

Viruses that can cause septic arthritis include <u>hepatitis</u> A, B, and C, parvovirus B19, <u>herpes</u> viruses, HIV (AIDS virus), HTLV-1, adenovirus, coxsackie viruses, <u>mumps</u>, and <u>ebola</u>. Fungi that can cause septic arthritis include *Histoplasma*, *Coccidioides*, and *Blastomyces*.

## Who is at risk of developing septic arthritis?

While joint infection occasionally affects people with no known predisposing risk factors, it more commonly occurs when certain risk situations are present. Risks for the development of septic arthritis include taking medications that suppress the immune system, intravenous drug abuse, past joint disease, injury, or surgery, and underlying medical illnesses including diabetes, alcoholism, sickle cell disease, rheumatic diseases, and immune deficiency disorders. People with any of these conditions who develop symptoms of septic arthritis should promptly seek medical attention.


RECEIVED
HCCAB
OCT 2 8 2019

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:** JAN 2 1 2020

**To:**    GOVEA, RONNIE (V21557)
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    LAC HC 19001195

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:    Dental Services (Procedure) | You alleged dental did not provide you with antibiotics which resulted you being hospitalized for an infection in your knee. |
| Issue:    Staff Complaints (Deliberate Indifference) | Allegations of deliberate indifference. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.    ☐ Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. Records indicates on July 17, 2019, you were seen by the dentist who completed two fillings. The dentist did not indicate that prophylactic antibiotics were medically necessary and noted you tolerated the treatment well and that you were returned to your housing unit in good condition.

On July 24, 2019, you were seen in the Triage and Treatment Area for the assessment of left knee pain. You were then transferred to an outside hospital for further treatment and evaluation. On July 31, 2019, you returned

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

to the institution and were seen by the primary care provider for a history and physical. The provider noted that you would be admitted to the Correctional Treatment Center for specialized care following treatment for lower extremity cellulitis.

Records indicates you received ongoing monitoring and treatment for your knee infection as determined to be medically necessary, including, but not limited to, primary care provider evaluation, nursing assessments, specialty consultations, physical therapy, lab tests, and medication.

Review of your health records indicates there are documented health care encounter refusals. While you have the right to refuse most health care, you are considered an active partner and participant in the health care delivery system. You are encouraged to cooperate with your health care providers in an effort to achieve optimal clinical outcome.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Your dental condition will continue to be monitored with care provided in accordance with your Dental Priority Classification. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

1/16/20
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

# EXHIBIT B

GOVERNMENT CLAIMS
NO.# 19011196

46.

| AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM | State of California |
|---|---|
| Government Claims Program<br>Office of Risk and Insurance Management<br>Department of General Services<br>PO Box 989052, MS 414<br>West Sacramento, CA 95789-9052<br><br>1-800-955-0045 • www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx | For Office Use Only<br><br>Claim No.: |

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Government Claims Program. I cannot pay any part of the fee.*

## Claimant Information

**①** GOVEA    RONNIE    R.        **②** | Tel:
Last name    First Name    MI

**③** Claim Number (if known):

## Employment Information

**④** My occupation:

My employer:

Employer's Mailing Address                City              State  Zip

My spouse's or partner's employer:

Employer's Mailing Address                City              State  Zip

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **⑥**.

Inmate Identification Number:    CDCR # V21557

## Financial Information

**⑥** I am receiving financial assistance from one or more of the following programs.    ☐ Yes    ☐ No

If no, proceed to step **⑦** If yes, check all that apply, then skip to step **㉔**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☐ Food Stamps
☐ County Relief, General Relief (GR), or General Assistance (GA)

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less.

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |
| | | | | Number: ___ | Total Income: ___ |

If you checked a box in step **⑦** A through I, complete steps **⑨** through **⑮**. Then skip to step **㉔**.

**⑧** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.    ☐ Yes    ☐ No

If yes, fill in steps **⑨** through **㉔**.

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES
Government Claim Form
DGS ORIM 06 (Rev. 05/2016)

Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052



1-800-955-0045 • www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

| Reset | Print Form |

## Is your claim complete?

| ☐ | Include a check or money order for $25 payable to the State of California. |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach copies of any documentation that supports your claim. Please do not submit originals. |

**Claimant Information** Use name of business or entity if claimant is not an individual

| 1 | GOVEA , RONNIE R . | 2 | Tel: |
| | Last name        First Name        MI | 3 | Email: |
| 4 | CSP-LAC  P.O. BOX 8457 B-2 #105  LANCASTER  CA 93536 |
| | Mailing Address                    City                State  Zip |
| 5 | Inmate or patient number, if applicable: CDCR # V-21557 |
| 6 | Is the claimant under 18?  NO    If Yes, please give date of birth: |
| 7 | |

If you are an insurance company claiming subrogation, please provide your insured's name in section 7.

| 8 | |

If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8.

## Attorney or Representative Information

| 9 | | 10 | Tel: |
| | Last name        First Name        MI | 11 | Email: |
| 12 | |
| | Mailing Address                    City                State  Zip |
| 13 | Relationship to claimant: |

## Claim Information

| 14 | Is your claim for a stale-dated warrant (uncashed check)?  ○ Yes  ☒ No    If No, skip to Step 15. |
| | State agency that issued the warrant: |
| | Dollar amount of warrant:                      Date of issue: |
| |                                              MM   DD   YYYY |
| 15 | Date of incident: JULY 17, 2019 |
| | Was the incident more than six months ago?                                    ○ Yes  ☒ No |
| | If YES, did you attach a separate sheet with an explanation for the late filing?  ○ Yes  ○ No |
| 16 | State agencies or employees against whom this claim is filed: CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION - CALIFORNIA STATE PRISON - LA COUNTY C. BINGHAM D.D.S., R. JACKSON HEALTH PROGRAM MANAGER III CSP-LAC ANA MONTERROSA DENTAL ASSISTANT LAC-B, BEN LEE DDS DENTIST PROVIDER LAC-B, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES J. LEWIS DIRECTOR, CTC DR. C. WU |
| 17 | Dollar amount of claim: 1.5 MILLION DOLLARS |
| | If the amount is more than $10,000, indicate the type of civil case: NEGLIGENCE, DELIBERATE INDIFFERENCE | ○ Limited civil case ($25,000 or less)  ☒ Non-limited civil case (over $25,000) |
| | Explain how you calculated the amount: IRREVERSABLE DAMAGE, NERVE DAMAGE, SURGERY IN MY LEFT KNEE, PARTIAL KNEE REPLACEMENT AND HOSPITALIZATION FOR (3) MONTHS, POSSIBLY NEED FOR ANTIBIOTICS FOR LIFE, PAIN AND SUFFERING. |

48.

 **GENERAL SERVICES**    Governor Gavin Newsom

01/09/2020

Ronnie R. Govea V21557
PO Box 8457
Lancaster, CA 93536

RE: Claim 19011196 for Ronnie R. Govea V21557 against Department of
Corrections and Rehabilitation

Dear Ronnie Govea,

Government Claims Program (GCP) staff completed its investigation of your claim
and rejected it for the following reasons.

The claim involves complex issues that are beyond the scope of analysis and legal
interpretation typically undertaken by the GCP. Claims involving complex issues are
best determined by the courts. Therefore, staff did not make a determination
regarding the merit of the claim, and it is being rejected so you can initiate court
action if you choose to pursue this matter further.

If you choose to pursue court action in this matter, it is not necessary or proper to
include the GCP in your lawsuit unless the GCP was identified as a defendant in your
original claim. Please consult Government Code section 955.4 regarding proper
service of the summons.

If you have questions about this matter, please feel free to contact GCP by phone,
mail, or email using the contact information below. Please remember to reference
the assigned claim number (19011196) in your communication.

Sincerely,

Eric Rivera, Program Analyst
Government Claims Program
gcinfo@dgs.ca.gov

**WARNING:** Subject to certain exceptions, you have only six (6) months from the
date this notice was personally delivered or deposited in the mail to file a court action
on this claim. See Government Code Section 945.6. You may seek the advice of an
attorney of your choice in connection with this matter. If you desire to consult an
attorney, you should do so immediately.

49.

# EXHIBIT·C

MEDICAL BOARD OF CALIFORNIA
CONSUMER COMPLAINT FORM

50.

## MEDICAL BOARD OF CALIFORNIA
## CONSUMER COMPLAINT FORM
*Please Print or Type*

### PERSON REGISTERING THE COMPLAINT

☒ Mr. ○ Ms.

**Name:** GOVEA , RONNIE R.
(Last Name)     (First Name)     (Middle Initial)

**Mailing Address:** CSP-LA COUNTY B-2 #105 P.O. BOX 8457
LANCASTER , CALIFORNIA 93539
(City)     (State)     (Zip Code)

**Phone Number:** _____     **Email:** _____
(Daytime Number)     (Evening Number)

☒ Mr. ○ Ms.

**Patient Name:** GOVEA RONNIE R.
(Last Name)     (First Name)     (Middle Initial)

**Patient Date of Birth:** 4-18-1968     **Your Relationship to Patient:** _____

**Signature:** Ronnie R. Govea     **Date:** 6/11/20

### NATURE OF COMPLAINT

**Please check the box which best describes the nature of your complaint and provide details on the next page.**

☒ **Substandard Care** (e.g., misdiagnosis, negligent treatment, delay in treatment, etc.)

☐ **Prescribing Issues** (e.g., excessive/under prescribing, Internet)     ☐ **Unlicensed Provider or Aiding/Abetting Unlicensed Practice**

☐ **Sexual Misconduct**     ☐ **Physician/Provider Impairment** (e.g., Drug, Alcohol, Mental, Physical)

☐ **Unprofessional Conduct** (e.g., breach of confidence, record alteration, fraud, misleading advertising, arrest or conviction)

☐ **Office Practice** (e.g., failure to provide medical records to patient, failure to sign death certificate, patient abandonment)

☐ **Other:** _____

**Notice:** The information included on the complaint form is requested per Section 2220 of the Business and Professions Code. Except for the name of the physician, all information requested is voluntary, but failure to provide the requested information may delay or prevent the investigation of your complaint. Provide as much information as possible in connection with the complaint. The information on the complaint form will be used in part to determine whether a violation of State Law has occurred. If a violation is substantiated, the information may be transmitted to other government agencies, including the Attorney General's Office.

07I-61 (Revised 9/2017)

51.

## COMPLAINT REGISTERED AGAINST

I wish to file a complaint against the individual named below. I understand that the Medical Board does not assist citizens seeking return of their money or other personal remedies. I am, however, submitting this information so that it may be determined whether disciplinary action against this practitioner's license should be considered.

**Check one:**

[X] Physician (M.D.) DDS    [ ] Podiatrist (DPM)    [ ] Physician Assistant (PA)    [ ] Midwife

[ ] Polysomnographer    [ ] Research Psychoanalyst    [ ] Unlicensed Provider

**Name:** LEE _(Last Name)_    BEN _(First Name)_    _(Middle Initial)_

**Office/Facility Name:** CSP-LA COUNTY B·YARD **License Number** (if known):

**Address:** 44750 60TH STREET WEST   LANCASTER, CA. 93536
_(Street)_    _(City)_    _(State)_    _(Zip Code)_

**Phone Number:**

**Has the patient been examined/treated by another professional for this same condition?**

[X] No   [ ] Yes   If yes, provide name and address on the Authorization for Release of Medical Information.

**Reason for Treatment:** TWO (2) TOOTH FILLINGS HAD TO BE REPLACED WITH NEW FILLINGS #11 AND #13 WHICH CAUSED INFECTION IN KNEE Implant

**Date(s) of Treatment:** July 17, 2019

## DETAILS OF COMPLAINT
### (Attach additional sheets if necessary)

WHILE HOUSED AT CALIFORNIA STATE PRISON-LA COUNTY I WAS SENT TO RIVERSIDE UNIVERSITY HEALTH SYSTEM ON APRIL 1, 2019 TO HAVE A PARTIAL KNEE REPLACEMENT SURGERY DONE ON MY LEFT KNEE. ON JULY 17, 2019 AT CSP-LA COUNTY B-FACILITY I WAS CALLED TO THE B-FACILITY DENTAL OFFICE TO BE SEEN BY A DENTIST BEN LEE, DDS, AT THAT TIME HE REMOVED TWO (2) OLD FILLINGS FROM #11 AND #13 AND THEY WERE REPLACED WITH NEW FILLINGS. "BEFORE" THIS PROCEDURE I INFORMED HIM I AM A TYPE II DIABETIC WHO TAKES INSULIN, AND I RECENTLY HAD A JOINT REPLACEMENT SURGERY ON 4-1-19. I ALSO INFORMED THE DENTIST "BEN LEE" I'VE HAD FILLINGS REPLACED BEFORE AND I WAS PERSCRIBED ANTIBIOTICS "BEFORE AND AFTER" THIS TYPE OF PROCEDURE AND HAD NO COMPLICATIONS. DENTIST BEN LEE SAID YOU DON'T NEED ANTIBIOTICS NOW! ON JULY 24, 2019 A WEEK AFTER THE DENTAL TREATMENT, I HAD TO BE ADMITTED AT PALMDALE REGIONAL HOSPITAL DUE TO A FEVER AND INFECTION IN MY LEFT KNEE REPLACEMENT DEVICE BECAUSE CSP-LAC DENTAL OFFICIALS FAILED TO PROVIDE ME WITH ANTIBIOTICS TO PREVENT AN INFECTION. I WAS TRANSFERRED TO RIVERSIDE UNIVERSITY HEALTH SYSTEM ON 7-26-19 TO HAVE A OPEN IRRIGATION SURGERY AND PARTIAL KNEE REPLACEMENT TO SAVE MY LEFT LEG, THEN HOSPITALIZED FOR THREE MONTHS TO RECIEVE IV ANTIBIOTICS 3x A DAY, NOW THERE IS A GREAT POSSIBILITY I WILL HAVE TO BE ON ORAL ANTIBIOTICS FOR THE REST OF MY LIFE! 2X A DAY!...

BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY - Department of Consumer Affairs          EDMUND G. BROWN JR., Governor

            **MEDICAL BOARD OF CALIFORNIA**          
                                    Central Complaint Unit

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| Patient Name (Last, First, Middle) | Date of Birth |
|---|---|
| GOVEA , RONNIE R. | 4-18-1968 |
| **Medical Record Number (If applicable)** | **Date of Death (If applicable)** |
| | |
| **Control Number** | **Social Security Number (Optional)** |
| | |

### I, the undersigned hereby authorize:

Physician/Facility: *MEDICAL BOARD OF CALIFORNIA (DENTAL)*

Address: *2005 EVERGREEN STREET, SUITE #1200*

City/State/Zip Code: *SACRAMENTO, CA. 95815-3831*

Phone Number(s): *(916) 263-2528*

Treatment Date(s): *7-17-19 THRU 12-31-19*

to disclose medical records in the course of my diagnosis and treatment to the **Medical Board of California, Enforcement Program,** a healthcare oversight agency. This disclosure of records authorized herein is required for official use, including investigation and possible administrative and/or criminal proceedings regarding any violations of the laws of the State of California. This authorization shall remain valid for three years from the date of signature. **A copy of this authorization shall be as valid as the original.** I understand that I have a right to receive a copy of this authorization if requested by me. I understand that I have the right to revoke this authorization by sending written notification to the Medical Board of California at the address below. My written revocation will be effective upon receipt by the Medical Board of California but will not be effective to the extent that such persons have acted in reliance upon this Authorization. I understand that the recipient of my information is not a health plan or health care provider and the released information may no longer be protected by federal privacy regulations.

Patient Signature: *Ronnie R. Govea*                    Date: 6/11/20

or Legal Representative: _____          Date: _____
                                            Relationship

**NOTE:** Failure by a physician, podiatrist or health care provider to provide the requested records within 15 days, or a health care facility in 30 days, of receipt of this request and authorization may constitute a violation of Section 2225.5 of the Medical Practice Act and may result in further action by the Board. This release is compliant with the requirements of HIPAA and Civil Code Section 56.11.

Enf-27a (Revised 5/14)
2005 Evergreen Street, Suite 1200, Sacramento, CA  95815-3831   (916) 263-2528   FAX: (916) 263-2435 www.mbc.ca.gov

53.

LAC - California State Prison, Los Angeles County

| Patient: | **GOVEA, RONNIE RAY** | | |
|---|---|---|---|
| DOB/Age/Sex: | 4/18/1968  / 51 years | / Male | CDCR: V21557 |

## *Progress Notes*

| Document Type: | Outpatient Progress Note |
|---|---|
| Document Subject: | Return from higher level of care |
| Service Date/Time: | 4/4/2019 09:55 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Nawaz,Mario P&S (4/4/2019 09:55 PDT) |
| Sign Information: | Nawaz,Mario P&S (4/4/2019 12:54 PDT) |
| Authentication Information: | Nawaz,Mario P&S (4/4/2019 12:54 PDT); Nawaz,Mario P&S (4/4/2019 12:54 PDT); Nawaz,Mario P&S (4/4/2019 12:54 PDT); Nawaz,Mario P&S (4/4/2019 12:54 PDT); Nawaz,Mario P&S (4/4/2019 12:53 PDT) |

### Chief Complaint
Postop follow-up

### History of Present Illness
50-year-old male here for return from higher level of care encounter seen by orthopedic surgery admitted at RUHS and discharged April 3, 2019 status post left total knee replacement/poly-exchange revision. He was noted to tolerate the procedure well with minimal blood loss during the surgery and no complications. Postoperatively, the patient received prophylactic antibiotics and DVT prophylaxis. Postoperative hemoglobin, hematocrit and electrolytes were monitored and replaced on as-needed basis. Here in the hospital stay, physical therapy evaluated/treated the patient and cleared the patient for safe discharge from the hospital. At the time of discharge, the patient was afebrile with vital signs stable. The patient's pain was well controlled with oral medications and the patient was passing flatus, voiding and tolerating an oral diet. Patient will follow-up in orthopedic clinic in 2 weeks for wound check and suture/staple removal. It was recommended for patient to take 325 mg of aspirin twice daily for 28 days, ibuprofen, Colace, multivitamin, Robaxin, gabapentin and pain medication or PCP. Patient was encouraged to ambulate and extend the knee whenever possible to prevent stiffness.

Patient was scheduled to see me today in regards to follow-up postop because he initially refused recommended CTC admission. He changed his mind and would like to be admitted to the CTC as recommended.

### Assessment/Plan
1. History of knee surgery
    Patient is status post total knee replacement/poly-exchange revision. He initially was supposed to be admitted to the CTC however refused because he said he got frustrated with the long car ride back to our facility. He currently states he is willing to undergo CTC admission. He is pending physical therapy for later today. Due to initial refusal of CTC urgent mental health consult was placed earlier in the day. He has pending postop follow-up with orthopedic surgery. Case has been discussed with chief medical executive, chief physician and surgeon and the CTC provider.
Ordered:
docusate, 100 mg, Oral, Cap, BID-KOP, PRN constipation, Administration Type KOP, Order Duration: 30 day, First Dose: 04/04/19 9:45:00 PDT, Stop Date: 05/04/19 9:44:00 PDT
Consult to Physical Therapy (PT) Outpatient Eval and Treat

### Problem List/Past Medical History
Ongoing
    Antisocial personality disorder
    Anxiety disorder due to another medical
    condition
    Chronic pain
    CVD (cardiovascular disease)
    Diabetes
    Dyslipidemia
    Health care maintenance
    History of knee surgery
    Hypertension
    Impaired mobility
Historical
    Adjustment disorders, With mixed anxiety
    and depressed mood

### Procedure/Surgical History
Bone scan performed prior to initiation of treatment or at any time since diagnosis of prostate cancer (PRCA) (05/03/2018).

### Medications
 **Active Medications:**
acetaminophen-codeine  2 tab Oral TID DOT
PRN: pain
acetaminophen-codeine  2 tab Oral TID DOT
PRN: pain
aspirin  325 mg Oral BIDAM+PM NA
atorvastatin  20 mg Oral qPM-KOP KOP
calcium carbonate  1,000 mg Oral TID-KOP
KOP PRN: acid reflux
carvedilol  6.25 mg Oral BID-KOP KOP
docusate  100 mg Oral BID-KOP KOP PRN:
constipation
gabapentin  600 mg Oral TID DOT
ibuprofen  400 mg Oral TID-KOP KOP PRN:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  20804126                              Print Date/Time:  8/9/2019 13:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

LAC - California State Prison, Los Angeles County

| Patient: | **GOVEA, RONNIE RAY** | |
|---|---|---|
| DOB/Age/Sex: | 4/18/1968 / 51 years / Male | CDCR: V21557 |

## *Progress Notes*

Orders:
Follow Up Orthopedic Surgery Referral

headache
insulin glargine 30 unit Subcutaneous BIDAM+PM NA
insulin regular sliding scale Subcutaneous TID NA
lisinopril 20 mg Oral Daily-KOP KOP
metFORMIN 1,000 mg Oral BID-KOP KOP
nitroglycerin 0.4 mg Sublingual q5min-KOP KOP PRN: chest pain
polycarbophil 1,250 mg Oral BID-KOP15 KOP
triamcinolone nasal 55 mcg Each nostril Daily-KOP60 KOP

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
    Former, Beer, Liquor, 3-4 times per week, Withdrawal Symptoms Present No. Started age 16 Years. Stopped age 40 Years. Previous treatment: None. Alcohol use interferes with work or home: Yes. Drinks more than intended: Yes. Others hurt by drinking: Yes. Ready to change: Yes.
Criminal History
    Criminal History: Juvenile History, Gang Affiliation, Adult Arrests/ Convictions. Describe: Juvenile: Age 12, 1st time for knife in school and threatening another student.. Current Offenses: Attempted murder, assault w/deadly weapon, aggravated mayhem, vehicle theft. Gang Affiliation: Southern hispanics.
Employment/School
    Highest education level: Some High School. Behavioral Problems in School Yes.
Exercise
    Exercise duration: 60. Exercise frequency: 3-4 times/week. Exercise type: Walking.
Substance Abuse
    Former, Cocaine, Marijuana, PCP (former: occcassionally), equal to 3-4 times per week, Withdrawal Symptoms Present No. Previous treatment: None. Started age 13 Years. Stopped age 40

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 20804126

Print Date/Time: 8/9/2019 13:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

55.

Name: GOVEA, RONNIE R.                                CDC #: V21557  PID #: 11232247

CHSS035C**DPP Disability/Accommodation Summary**Thursday October 10, 2019 11:50

As of: 10/10/2019 ⇨

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: V21557 | Current DDP Status: NCF |
| Name: GOVEA, RONNIE R. | DDP Adaptive  None |
| Facility: LAC-Central Service | Support Needs: |
| Housing Area/Bed: S INF 1/017001L | Current DDP Status 06/16/2000 |
| Placement Score: 105 | Date: |
| Custody Designation: Close | DPP Codes: DPO |
| Housing Program: Correctional Treatment Center | DPP Determination 10/03/2019 |
| Housing Restrictions: Ground Floor-No Stairs | Date: |
| Lower/Bottom Bunk Only | Current MH LOC: GP |
| Physical Limitations to Limited Wheelchair User | Current MH LOC Date: 03/14/2019 |
| Job/Other: No Rooftop Work | SLI Required: No |
| Permanent – 12/31/9999 | Interview Date: 10/03/2019 |
| | Primary Method: None |
| | Alternate Method: |
| | Learning Disability: |
| | Initial TABE Score: 09.6 |
| | Initial TABE Date: 02/06/2009 |
| | Durable Medical Canes |
| | Equipment: Crutches |
| | Mobility Impaired Disability |
| | Vest |
| | Eyeglass Frames |
| | Knee Braces |
| | Other (Include in |
| | Comments) |
| | Therapeutic |
| | Shoes/Orthotics |
| | Walkers |
| | Wheelchair |
| | Languages Spoken: |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 01/20/2004 | Privilege Group: D |
| Last Returned Date: 02/22/2008 | Work Group: D1 |
| Release Date: 12/06/2027 | AM Job Start Date: |
| Release Type: Minimum Eligible Parole Date | Status: |
| | Position #: |
| | Position Title: |
| | Regular Days On: |

56,

Case 2:20-cv-05443-DMG-KS    Document 1    Filed 06/18/20    Page 57 of 66   Page ID #:57

Name: GOVEA, RONNIE R.                                                    CDC #: V21557  PID #: 11232247

CHSS035B          **DPP Disability/Accommodation** Thursday October 10, 2019 11:50:44 AM

| | |
|---|---|
| Date of Form: 10/03/2019 | Time: 10:48:35 |
| Facility: LAC-Central Service  [LAC-S] | |
| Staff Name: Wu Cheng | |
| Type of Form: DPP Verification | Data Source: Millennium |

### DPP Disabilities

| Type | Permanent Disabilities |
|---|---|
| Mobility | DPO-Intermittent Wheelchair User Impacting Placement |
| Hearing | |
| Vision | |
| Speech | |
| Kidney | |

**Equally Effective Communication for Hearing/Speech Impaired**

Requires Sign Language Interpreter: No

| | Effective Communication Method | Language |
|---|---|---|
| Primary: None | | |
| Alternate: | | |

### Housing Restrictions

| Restriction Type | Duration | Expiration Date | Re-Evaluation |
|---|---|---|---|
| Ground Floor-No Stairs | Permanent | 12/31/9999 | No |
| Lower/Bottom Bunk Only | Permanent | 12/31/9999 | No |

**Items Removed**

None

### Non Formulary Accomodations/Comments

.

[ Prior Page ]

Show Last Updated Information

57.

# TOTAL KNEE REPLACEMENT

PLEASE
SEE PAGE ____
SEVEN
VERY
IMPORTANT



58,

# REPLACING YOUR PROBLEM KNEE

A painful, stiff knee can keep you from doing the simple things in life, even walking without pain. Now your orthopedic surgeon can replace your problem knee, thanks to breakthroughs in surgical techniques and materials. After a total knee replacement, you'll have some restrictions on using your new knee, but you can look forward to returning to many of your activities of daily living.



## When Walking Hurts

As your knee pain and stiffness increase, simply walking or climbing stairs can hurt. Using a cane or crutches may no longer be enough to help you get around.

Knee pain and stiffness often result from osteoarthritis (the breakdown of cartilage in your joints) from injury or wear and tear. Other knee problems include rheumatoid arthritis (an inflammatory joint disease) or poor alignment of your leg bones.

## Your New Knee

Total knee replacement means resurfacing the bones of your knee joint with a **prosthesis** (artificial knee joint). Of the three surfaces in your knee that may become roughened and painful, you may need one, two, or all three replaced. Total knee surgery is now as safe as total hip surgery, although your knee is a more complex and less stable joint than your hip.



Normal knee          Knee prosthesis

This booklet is not intended as a substitute for professional medical care. Only your doctor can diagnose and treat a medical problem.

©1986 by Krames Communications, 1100 Grundy Lane, San Bruno, CA 94066-3030. (800) 333-3032. All rights reserved.

2

59.

## YOUR KNEE ANATOMY

You can only walk easily and without pain when the bones in your knee joint are smooth and cushioned by healthy cartilage. You also need strong muscles and ligaments for stability, because your knee is more than a simple hinge joint: each time you bend your leg to walk or climb stairs, the bones rotate, roll, and glide on each other.

### A Normal Knee



Thigh muscle (quadriceps)
Kneecap (patella)
Thigh bone (femur)
Smooth surface cartilage
Smooth weight-bearing surfaces
Ligaments
Menisci
Shin bone (tibia)
Synovial membrane

In a normal knee, smooth weight-bearing surfaces allow for painless movement. Muscles and ligaments give you side-to-side stability. Your synovial membrane lubricates the joint.

### A Problem Knee



Worn, cracked cartilage
Rough weight-bearing surfaces
Bone spurs
Narrowed joint space
Inflamed, swollen synovial membrane

With osteoarthritis, your cartilage "cushion" wears away. Bones become rough and rub together, causing pain. With rheumatoid arthritis, your joint may also be inflamed and swollen.

### A Knee Prosthesis



Patellar component
Femoral component
Tibial component
Porous bone
Dense bone

The tibial component rests on soft, porous bone. Too much activity can make your prosthesis loosen or sink, causing pain.

Like a normal knee, your prosthesis has smooth weight-bearing surfaces. The **femoral component** covers your thigh bone, the **tibial component** covers the top of your shin bone, and the **patellar component** covers the underside of your kneecap.

Your orthopedic surgeon chooses the best prosthesis design, either cement or cementless, for your knee.

3

60.

# YOUR ORTHOPEDIC EVALUATION

Your orthopedic evaluation helps your surgeon determine if you're a candidate for a total knee replacement, and, if you are, to choose the best prosthesis for your particular knee problem.



**Problem knee**    **Normal knee**

**Your medical history** includes questions about knee pain, medications you may be taking, prior injury, infections, bleeding disorders, and other bone and joint problems you may have.

**Your physical exam** includes assessing your range of motion (stiffness or instability), any deformity in your legs (bowlegged or knock-kneed), and watching how you walk and sit.

**Your x-rays** show the degree of damage and deformity in your knees, and help in the selection and precise fitting of your prosthesis.

## Deciding on Surgery

After your evaluation, you and your surgeon can discuss whether total knee replacement is the best treatment for you at this time. Your surgeon may instead recommend medications, injection therapy, physical therapy, or a different surgical procedure.

## Understanding the risks and complications

is part of your decision. Your surgeon can talk with you about infection, blood clots, pneumonia, prosthesis loosening, nerve loss, or other post-operative risks before you decide on total knee surgery.

## Before Surgery

Continue leading a normal, healthy lifestyle, and be sure to let your surgeon know about any infections or leg sores. You may be asked to have a physical exam with your regular doctor. Because you may need blood transfusions during surgery, you may want to donate your own blood before your hospital stay.

4

61.

# YOUR TOTAL KNEE SURGERY

The morning of surgery, you'll have an IV (intravenous) line started for medications before you're given general anesthesia. You and your family can expect your surgery to take from two to three hours, depending on how much knee damage you have and whether you need all three of your knee bones resurfaced.




Site of incision


Knee bones shaped


Prosthesis in place

## In The Recovery Room

After surgery, you may wake up feeling a bit groggy. Specially trained nurses will be with you to keep you comfortable and provide pain medications. Your nurses also coach you with coughing and deep breathing exercises to help clear your lungs and prevent post-operative complications after surgery. You'll have a large dressing on your knee with a drain for normal post-op bleeding. Once you're awake and alert, you'll be transferred to your hospital room.



5

62.

# YOUR HOSPITAL RECOVERY

Once you're back in your room, the goal for the rest of your hospital stay is to begin walking again before you go home. You'll be started on a physical therapy program to exercise your knee muscles and regain strength and range of motion in your new knee.



**Knee exercises**

**Walking**

### Initial Healing
During your first few days of recovery, you're asked to wiggle your toes or do other easy exercises to improve the circulation in your leg. Your knee may also be exercised by a machine that moves your leg for you (a continuous passive motion machine).

### Physical Therapy
Physical therapy, a vital part of your knee recovery, helps you regain your full knee potential. Gentle **knee exercises** strengthen the muscles around your new knee and help restore its range of motion. Your physical therapist will design a program especially for you and teach you how to do the exercises. Your therapist also starts you **walking**, a few steps at a time, to promote healing. Progressing from a walker to crutches and then a cane helps you regain confidence and your normal walking motion.

### Going Home
Once you've recovered and can bend your knee enough to go home, your surgeon discharges you. Your nurses can help make arrangements for going home. Your sutures and bandages are usually removed before you leave the hospital, and you're given instructions for a safe home recovery, which often includes follow-up physical therapy. Feel free to ask any questions you may have.

63.

# YOUR HOME RECOVERY

At home again, your new goal is to return safely and comfortably to your activities of daily living. Your follow-up physical therapy relieves any stiffness and awkwardness you may still feel, and helps you regain independence as you learn to care for your new knee.



**Strength exercise.** Tighten your thigh muscle and lift your leg 8"-12". Hold 4-6 seconds. Slowly lower and repeat 10 times.

**Range of motion exercise.** Slowly lift your foot to the front, and then press it under you, as far as possible. Repeat 10 times.

## Follow-Up Physical Therapy

Your physical therapist instructs you to continue with the exercises you learned in the hospital, and may teach you others, as well. **Strength exercises** tone your thigh muscles, which have the greatest control over your new knee. **Range of motion exercises** help you bend and straighten your knee more fully.

## Caring For Your New Knee

Your knee prosthesis is the result of years of research. But like any other device, your new knee's life span depends on how you care for it. In your follow-up visits after surgery, your surgeon will follow your progress and answer any questions you may have about caring for your new knee.

- Follow your surgeon's advice on using crutches or a cane to keep weight off your healing knee.

- Keep in mind that your prosthesis is designed for activities of daily living, not sports.

- Before dental work or surgery, let your doctor know you have a prosthesis: antibiotics may be needed to help prevent infection.

- If your prosthesis wears out or loosens, it can be replaced with another. Revision surgery is difficult, however, so preserve your new knee.

> **Call your surgeon** if you have increased knee pain, swelling, incision drainage, chest pain, shortness of breath, or any other symptom you don't fully understand.



PLEASE SEE



7

## ENJOYING YOUR NEW KNEE

After a total knee replacement, you can look forward to less knee pain, stiffness, and deformity in your leg. While your new knee is not a normal knee, you can expect to enjoy your activities of daily living with greater ease and comfort. You can once again enjoy life more fully with a more independent, mobile lifestyle.



KRAMES
COMMUNICATIONS
MORE THAN INFORMATION...

Lithographed in Canada

1172

9110

65.

PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, **RONNIE GOVEA**, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC **B2 # 105**, P.O. Box 8457, Lancaster, CA 93539-8457.

On **JUNE 11, 2020**, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s):

**1) TITLE 42, U.S.C. 1983 CIVIL COMPLAINT W/ ATTACHED EXHIBITS - A, B, C**

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail. deposited in the manner provided by CSP-LAC, and addressed as follows:

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA 312 N. SPRING ST. LOS ANGELES, CA. 90012**

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this **11th** day of **JUNE**, 20**20** at the California State Prison - Los Angeles County.

_Le Le._