UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>    Plaintiff,<br><br>  v.<br><br>BEN LEE, et al,<br><br>    Defendants. | NO. CV 20-05443-DMG (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), all of the records herein, the January 24, 2022 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 65), and Plaintiff's Objection to the Report ("Objections") (Dkt. No. 66).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is DENIED as to Defendant Lee with respect to the deliberate indifference and negligence claims; (2) the Motion to Dismiss is GRANTED as to Defendant Monterossa on all claims without leave to amend; (3)

Plaintiff's claim for punitive damages against all defendants is DISMISSED; and (4) Defendant Lee is ORDERED to file an Answer to the FAC within 14 days of this Order.

      IT IS SO ORDERED.

DATED: March 23, 2022

                                              DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE